# Exhibit  A

**KT**  **Kelly Townsend** @
✓ Verified

That stuff goes deep and wide all the way
to the Vatican

Why I'm so afraid to even talk about it

5:17 AM

Did you know one of Maxwells witnesses
yesterday testified she was taken by
Maxwell to MirALago when she was 14 to
meet Trump?    5:18 AM ✅

Wouldn't be surprised. That's why I'm
saying I think it's Melania

*Messages
December
2021*

↙

Anyway I have to get going but that's what
I was going to tell you in person but who's
got time? If anything happens to either one
of us you know what I mean    5:19 AM

So no idea what to do with the information,
people would think I was crazy if I try to
accuse them of that

But for what it's worth, I think this is more
about the child trafficking, pedo and
adrenochrome than anyting    5:20 AM



**Senator Kelly
Townsend**



< KT **Kelly Townsend** ⓘ    🎥   📞
✓ Verified

The adrenochrome thing is real

Let me show you something give me a second    13m

> Well maybe they will arrest Koch for lying and impersonating a DOD official with the charges I filed. I wish.    13m ✓

https://www.webmd.com/healthy-aging/news/20190220/young-blood-clinics-shut-down-after-fda-action

Here they just call it Youngblood

They don't mention anything about adrenochrome but it was shut down by the FDA

That's the concept behind it

I hope it's not true   12m

**Staci Burk**

> I thought things came from me too and that I was connecting dots but it was those guys Flynn sent making manipulative suggestions.    11m ✓

But I'm very concerned about this restaurant

Well actually it's not a restaurant it's a Distillery

I really have to get going

**Kelly Townsend**
✓ Verified

It's more about the AZ Mafia/behind the scenes stuff

Today

Let me go ahead and send you something

5:05 AM

Yeah. All of it. 5:05 AM ✓

Standby



Kelly
Townsend
2022



5:06 AM



KT **Kelly Townsend** ⊕
✓ Verified



Now standby for the owner of this Scottsdale restaurant

Co-Founder  5:08 AM



Founded by Weston Holm, Duane and Scott Koch – longtime friends who work hard and love to entertain – Blue Clover creates premium small-batch spirits that embody the journey of generations that came before.

We're brought together with a passion for good spirits and enjoy the working process to deliver it.

A little of our history is how "Blue Clover" came about. With generations of farming and construction, we were inclined to build it ourselves!



Senator
Kelly
Townsend
2022

The same Koch from Coolidge?  5:10 AM







Adrenochrome



Senator Kelly Townsend ⌄



< KT  **Kelly Townsend** ⊚
         ✓ Verified                    ◲   ☎

A little of our history is how "Blue Clover"
came about. With generations of farming
and construction, we were inclined to
build it ourselves!

| III    O    ⁴ᵍ⁴ ‹ AM |

The same Koch from Coolidge? 5:10 AM ⟲

Yes 5:10 AM

I guess

How many are there 5:11 AM

I don't know. I didn't find others in AZ.
5:11 AM ⟲

I filed charges for impersonating a public
official because I have him on audio and
the Florence Detective has completely
ignored it. The officer who took the report
said yeah, that's pretty clear, but seems
they are protecting him for some reason.

I know Wilson claimed he has "extensive
law enforcement connections" as a threat.
Obviously I ignored that. 5:13 AM ⟲

But the fact that Koch isn't charged when
that's a cut and dry case... makes you
wonder. 5:14 AM ⟲

Staci Burk

So think about why they are trying to stop
Trump. Is it possible that Trump was
behind all of this exposing of pedophiles. I
would like to think it was Melania actually



KT    **Kelly Townsend** @
✓ Verified

This is not something that I want to have be true

Watch that link    15m

> Who told you about that? The Resturant and the adrenachome and Koch.    15m ✓

I was talking to someone close to me about it and they looked up the owners of the restaurant and told me. They had no idea who he was they just read it off to me and my jaw hit the floor    15m

> I'm just trying to track down the source.    14m ✓

I drove by the restaurant and saw the rabbit and I came back around and studied it and looked at it and then took a picture and looked at the molecule. This is all done by me

No one is trying to plant any ideas in my head. This is just an accumulation of information I have learned and when I saw that and I saw who owned it the pieces started coming together

The adrenochrome thing is real    14m

Let me show you something give me a second    13m

⌄



But in order to get it they have to torture

And then think about this experiments fauci was funding

The torture of primates to the point of death

The puppies  19m

**Staci Burk**

Who is telling you all this? Where did you learn about it?  19m

And now apparently children with AIDS oh, that just came out but I haven't fact-checked it yet  19m

This was the stuff coming out during the whole Q thing. I didn't pay attention to it at first because it was from Q

There is a video of a man talking to an FBI agent claiming that he was tortured out on a yacht just outside international waters or something. I'll see if I can find it  18m

I wouldn't pay attention to it now. It's crazy.  18m

Like I said it all sounds crazy but you start to see these connections like what is in Scottsdale and who founded it and you start connecting dots and it's horrifying



18m

< KT **Kelly Townsend** ⊚
✓ Verified                    ▢◀    📞

I wouldn't pay attention to it now. It's crazy.
18m ✓

Like I said it all sounds crazy but you start to see these connections like what is in Scottsdale and who founded it and you start connecting dots and it's horrifying
18m

It sounds like part of Flynn's psyop. 17m ✓

https://youtu.be/zQoWDM0YBbA 17m



You would think so but then you have a depiction of adrenochrome sitting outside of his Scottsdale restaurant owned by Scott Coke

Explain that 16m

Staci Burk

KT



Taking advantage of people open to suggestion or who are vulnerable to suggestibility. 16m ✓

Anyway I have to go

I am not vulnerable to suggestibility by the

Way 16m

This is not something that I want to have be true

Watch that link 15m                    ⌄

< KT  **Kelly Townsend** @
✓ Verified

# Staci Burk



I'm not the person that initiated a
complaint or investigation.

I'm just aware one has been initiated.
And I know it's well founded under the
law.

**It's the worst form of evil posing as "good"**
26m ✓

Yes  26m

**And I don't even like that girl**  25m ✓

**She believed Flynn and the Keshels back
then and was one that jumped in on the
psychological attack and doxxing of me
and I didn't even know her.**  24m ✓

I was just assuming you knew about the
White Rabbit and adrenochrome. Just
making sure you do  23m

**But since I recognize the pattern of what
they do and did to me, I recognize how
they're doing it to others. It doesn't stop it
though. And what's most disgusting is,
CPS could reasonably show up and take
her kid away.**  23m ✓

Sounds like she needs a good attorney
22m  

So think about why they are trying to stop Trump. Is it possible that Trump was behind all of this exposing of pedophiles. I would like to think it was Melania actually. And that is why they had to stop him? If this connection is true which no one is talking about, the real reason is they are protecting this trafficking thing so that they can get their stupid adrenochrome. Where's the biggest child trafficking operation besides DCS? The Border

5:15 AM

I know I could call Tara Walter and press the Chief but it's like how do we have our own LE giving these known criminals and con artists free passes. 5:15 AM ⊘

Refer to what I just said above  5:16 AM

Koch has priors for impersonating LE
5:16 AM ⊘

Think about how much the Koch brothers hated Trump. Everyone's a conservative so why did they hate him so much?

I think it's because he's exposing all the Epstein stuff

So they had to get rid of him  5:16 AM

That stuff goes deep and wide all the way



< KT **Kelly Townsend** @
✓ Verified

They harvest it and then isolated and then these sick people take it like a drug    21m

Give the sense of euphoria and Youth

There's a secret signal for it is the White Rabbit because the molecule looks like it
20m

There are definitely domestic terrorists out there causing fear and panic.    20m ✓

Notice the Z and the rabbit but

The molecule is turned on its side

It actually is an in but when you set it up to look like a rabbit it looks like a z    20m

And then when you look at the picture I sent you from the restaurant you can see they even Incorporated it into that rabbit structure

It's their secret sign

But in order to get it they have to torture

And then think about this experiments fauci was funding

The torture of primates to the point of death

The puppies    19m

Staci Burk




∨

Well I don't think that they put up an adrenochrome rabbit in front of the restaurant hoping I would drive by it   10m



Ok. Take care. Talk later. Have a good day.
🖤                                    10m ⓒ✓

**Kelly Townsend**
Well I don't think that they put up an adrenochrome rabbit in front of the restaura...

Would be better to know who the friend was that helped you make the connection and look up Koch. The internet and web pages can be manipulated by those running a psyop and spreading disinformation.                    8m ⓒ✓

Staci Burk

My daughter

Is that lady that got reported to CPS in Arizona?

And I hardly think my daughter is involved in tricking me into thinking that coke owns that restaurant               6m

We could always go to the corporation commission and ask for a copy of the original filing

But I don't think it's worth that much trouble since I don't think it was manipulated           5m

⌄

trouble since I don't think it was
manipulated                                    5m

**Kelly Townsend**
Is that lady that got reported to CPS
in Arizona?

No. She's in Texas.                    4m ⓒ

**Kelly Townsend**
And I hardly think my daughter is involved in
tricking me into thinking that coke owns that...

Yes. Can your computer be manipulated?
Or the search algorithms.            3m ⓒ

Okay that's getting a little too far out for
me.

My daughter has nothing to do with this
other than listening to me tell her

And she did her own fact-checking while I
was telling the story                    3m

Because it's a very difficult thing to believe
and swallow that these things go on in our
country                                    2m

True. I get it. It's all a big rabbit hole.

It's deeply concerning what's happening.

It breaks my heart in fact.    1m ⓒ

**KT**  **Kelly Townsend** @
✓ Verified

though. And what's most disgusting is, CPS could reasonably show up and take her kid away. 23m ✅

Sounds like she needs a good attorney
22m

> **Kelly Townsend**
> I was just assuming you knew about the White Rabbit and adrenochrome. Just making sure...

I didn't know about it. I mean I've heard that it's some crazy thing. I never paid attention. 22m ✅

> **Kelly Townsend**
> Sounds like she needs a good attorney

She has no money. 21m ✅

I didn't at first until I started seeing it hidden and culture

Think about Monsters Inc and how they portrayed the whole concept

Capturing the screams of children

Adrenochrome is produced under absolute fear and panic

They harvest it and then isolated and then these sick people take it like a drug

Give the sense of euphoria and Youth 21m



1 of 1

# TOWNSEND — ARIZONA'S 6TH DISTRICT



Kelly Townsend grew up in Oregon and served in the U.S. Navy from 1988 to 1992. Townsend earned her Bachelor's degrees from Arizona State University and Southern Oregon University, as well as a Master's degree from Arizona State University. She had a career in Corporate Management, was a certified Birth Doula, small business owner, and an author.[1]

Townsend has served Arizona's 16th Legislative District since 2013. She was State Representative until 2021 when she became State Senator.[ii] From 2017 to 2018, Townsend was the Majority Whip of the House of Representatives. She had unsuccessfully ran for Arizona House of Representatives District 22 in 2010.[iii]

**Red Flags:**
- Asked who won the 2020 election, Townsend responded "I don't know because we haven't finished this audit [...] Until we have an answer from the attorney general who is currently investigating the claims, it would be irresponsible for me to make a claim, one way or the other"[iv]
- In 2018, Townsend criticized President Trump for "getting so cozy" with Putin at the 2-18 Helsinki summit[v]
- Townsend condemned candidate Trump's proposed Muslim ban[vi]
- Townsend lives in Apache Junction in the East Valley (District 5) — nearly 60 miles away from District 6, which she is running to represent[vii]

**Positives:**
- Supports election integrity and the audit of the Arizona 2020 election results
- Voted to require voters to include identification paperwork with their mailed ballots[viii]
- Sponsored legislation that would prohibit returning early ballots by mail and instead require them to be hand delivered[ix]
- Sponsored a bill that would have allowed alternative electors to act as the electors for the state[x]
- Supported the "Stop The Steal" movement following the 2020 election and attended a public meeting held by Rudy Giuliani on voter fraud[xi]

**Notables:**
- Townsend spoke at President Trump's rally in Florence, Arizona. Trump said "[Townsend] is running for Congress and she will be incredible" — which was described as an "endorsement" on the radio program she announced her candidacy[xii]
- In a series of since-deleted tweets, Townsend said the January 6 rioters learned their behavior from liberals, and blamed Governor Doug Ducey for inspiring the riot by not initiating an audit[xiii]



**Kelly Townsend**
July 7, 2020 · 🌐

I have endorsed Forest John Moriarty because of his merits and his actions over the last 2 years. He is the only candidate that I have seen down at the Capitol working hard already for the people of this state. I believe he is not running so that he can have a title but because he wants to be a strong voice for the people of LD16. I have already seen that in him and I stand behind him 100%. If you are in LD16, I ask that you vote for Forest John Moriarty as one of your 2 votes for AZ House.

If you like Townsend, you will love Moriarty!






**Forest Moriarty for House**
Feb 29, 2020



 **Forest Moriarty for House**

May 9, 2020









# Exhibit  B

**From:** Kelly Townsend </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0DAFE3EE486F4BB69BA501B3BD111861-KELLY TOWNS>

**Sent:** Tuesday, January 5, 2021 1:06:01 PM

**To:** Bradley Rotter <brad@rotter.com>;Phil Cannon <ptcannonx@gmail.com>

**Cc:** Ron Hooper <ron@ronhooper.com>;Jerome Corsi <jeromecorsi6554@gmail.com>

**Subject:** Re: Pence letter

---

Fyi

This Resolution to appoint the alternate slate of electors is prepared and ready for the election audit findings, should they result in what I expect to happen. I just dropped it at the Senate and it is listed on the website already.

https://www.azleg.gov/legtext/55leg/1R/bills/SCR1002P.htm

**From:** Kelly Townsend
**Sent:** Thursday, December 31, 2020 2:02 PM
**To:** Bradley Rotter <brad@rotter.com>; Phil Cannon <ptcannonx@gmail.com>
**Cc:** Ron Hooper <ron@ronhooper.com>; Jerome Corsi <jeromecorsi6554@gmail.com>
**Subject:** RE: Pence letter

Gentlemen,

Thank you for doing this for Arizona. I noticed the attachment was blank on my end, so I am attaching both documents again in hopes they reach the Vice President. We are all indebted to you.

Thank you,

**Senator-Elect Kelly J. Townsend**
Member, Legislative District 16
602.926.4467
ktownsend@azleg.gov

**From:** Bradley Rotter <brad@rotter.com>
**Sent:** Thursday, December 31, 2020 1:42 PM
**To:** Phil Cannon <ptcannonx@gmail.com>; Kelly Townsend <ktownsend@azleg.gov>
**Cc:** Ron Hooper <ron@ronhooper.com>; Jerome Corsi <jeromecorsi6554@gmail.com>
**Subject:** Fwd: Pence letter

Senator Townsend

Please meet Corsi Undergrounder Phil Cannon who can get your letter to Keith Kellogg who is the Natl Security Advisor to the VP

Phil
Is that cool?





KELLY TOWNSEND
1700 West Washington, Room 111
Phoenix, AZ 85007
CAPITOL PHONE: 602-926-4467
ktownsend@azleg.gov

DISTRICT 16

COMMITTEES:
ELECTIONS – Chairwoman
Education
Federal relations

December 31, 2020

Dear Vice President Pence,

As the Chairwoman of the Arizona House Elections Committee, I write to you with upmost urgency to communicate to you several occurrences that thwart our ability as legislators to investigate legitimate and concerning allegations of election fraud in the most recent general election. On December 14, 2020, Arizona sent an alternate slate of electors, along with a resolution from 21 current and 8 newly elected legislators asking you to refrain from accepting the Biden electors until we could adequately investigate these claims of fraud.

Soon after the election, I requested an Elections Committee discovery hearing in order to use subpoena power to acquire the voting machines and ballots in order to do a comprehensive and forensic audit. I was told that it was not a good idea and was denied the ability. I continued to request the hearing with the Speaker of the House, asked publicly, and tried every avenue to no avail. A full month later on December 9th, the Senate President authorized a hearing via the Judiciary committee, and that did result in subpoenas to the Maricopa County Supervisors (who oversee the elections process) that have yet, as of the writing of this letter, been complied with.

Court cases have been dismissed due to not having evidence, however our efforts to do an audit to obtain such evidence have been suppressed. We held a hearing on 11/30/2020 with Rudy Giuliani to at least hear testimony from citizens who experienced irregularities, along with subject matter experts who reported severe irregularities and probable tampering with the machine apparatus. On 11/30/2020, a group of Arizona citizens reported publicly that they had uncovered with great confidence a minimum estimation of 160,000 fraudulent voters, based on over 1000 declarations/affidavits collected. This supports an earlier document submitted to the Attorney General and would largely impact the outcome of the election.

We have experienced obstruction at every turn. For your reference, I have itemized, in Exhibit A, many of the various ways we have been stopped from investigating claims of fraud and gross irregularities. It is my hope that you will see that the Arizona Presidential election is still in dispute and unresolved. We call on you to take this into consideration as you perform your duties on January 6th, and not accept the electors until we have resolution to these matters.

With utmost respect,

Senator-Elect Kelly J. Townsend



**Exhibit A**

1. Requests from the House Elections Chairwoman (myself) and the House Federal Relations Chairman (Mark Finchem) to hold an evidentiary hearing were repeatedly denied and have yet to be honored. Multiple Chairmen of various committees requested a hearing in order to investigate claims, to no avail. We were forced to hold an unofficial hearing on November 30th where many came forward with very concerning evidence and claims.

2. The Senate Judiciary Committee hearing was not held until 41 days after the election on 12/14/2020, the same day as the Electors were to cast their votes. This delay rendered the hearing of little effect regarding having confidence in the correct votes cast. The Chairman thus issued a subpoena for the equipment and ballots, but the Maricopa Board of Supervisors has countersued and refuse to comply. They will not release any machine or ballot info, even though within the RFP for the Dominion machines, it is stated that their key features are their ability to conduct hand counts, perform risk limiting audits, and publish ballot images and adjudication records with markings on a public website, calling it their open data initiative. Now that they are being asked for it, they are refusing to make it available, citing voter confidentiality. There is no voter information contained in the machine or on a ballot, however, so that reasoning is insufficient. Their inaction and nonfeasance prevent us from proper discovery.

3. I, along with several others, requested the Governor to call us in for special session to be able to deal with the issue. It is our understanding that we cannot enforce the subpoena for equipment and ballots unless we are in session. His ongoing unwillingness to call us into session to address these issues had kept us from adequate discovery. On 12/02/2020, Governor Doug Ducey was asked by the media if he was going to honor the Legislator's request for a special session. He proceeded to incorrectly name Monday January 13th as our first day back in regular session. In response, the reporter asked, "So you see no need for a special session to look at any of these issues or the issue of Presidential electors...," to which the Governor interrupted and said, "I'll see the Legislature in January."

4. The House leadership attempted to deter Representative Bret Roberts from sending a letter to Attorney General Brnovich and the Maricopa County Board of Supervisors regarding the accurate performance of a hand count based on the statutory requirement to do so by precinct, versus vote center. By doing a hand count based on voting centers, it renders it impossible to tell if there was a rogue precinct involved in fraud. Nevertheless, Rep. Robert's efforts to enforce statute were thwarted by House leadership.

5. One week prior to the Electors voting, on December 7th, the House and Senate leadership closed the buildings in the name of COVID-19, preventing any in-person hearings or work to be performed. This greatly hindered our ability to push for discovery regarding election integrity during the last days before the Elector's votes were cast.

6. The Maricopa County Board of Supervisors held a closed meeting on 11/20/2020 in order to certify the election results, where the public was not allowed to participate and ask questions. Prior to that meeting, on 12/08/2020, Merissa Hamilton (a data integrity expert) delivered to the Attorney General a statistically significant listing of deceased voters that received a ballot and those deceased who actually returned a ballot. At the aforementioned meeting, the Maricopa County Elections Director Ray Valenzuela stated that the list of deceased voters casting a ballot was mere folklore and dismissed it as a nonissue. This accusation is still pending an investigation.

7. After submitting a public records request for the Federal only voters who cast a ballot in the 2020 General election, I was told by a staff member that the Elections Director was "vetting the list" before he gave it to me. I did not request a cleaned-up list of voters, but the list in its entirety. This diminished my confidence in that list, that I have a true representation of persons who cast a ballot that cannot establish their identity or citizenship.

8. Arizona State House leadership prevented Legislators from issuing press releases having to do with the election that did not conform to their own opinion. This diminished our ability to communicate to the public our concerns about how the election and post procedures were being handled.

9. On 12/01/2020, I requested the Attorney General's Elections Integrity office to investigate the claims made at the November 30th Giuliani hearing and provided them the link. I was told that none of the items listed at the Giuliani hearing would be investigated by that office.

10. The Maricopa County Recorder attended more than one DefCon conference that focused on the ability to hack voting machines. The Legislature was never informed that the outcome of these conferences recommended that elected officials be notified due to unprotected ports on the machines, passwords left unset or left in default configurations and security features of the underlying commercial hardware were left unused or even disabled. It was recommended that to improve election security, paper ballots should be used, and a rigorous post-election audit be performed. We learned about this issue via social media, and it was obfuscated by the Election officials.

11. Arizona Republican State Chair Kelli Ward reports the following malfeasance and obstruction:

    a. No allowed review of the digitally adjudicated ballots – over 200,000.

    b. Only 100 of the duplicated ballots reviewed – 3% error rate in favor of President Trump. Maricopa County refused to look at the other 28,000 ballots.

    c. No meaningful signature verification. County employees doing signature verification offsite, over the internet, without oversight, and at times at a rate of 30 signatures or more per minute.

12. The Secretary of State took 24 days to answer a public records request by Merissa Hamilton, asking them to deliver the meeting minutes from their technical committee to certify the Dominion voting equipment. Only after four requests and the involvement of the Ombudsman did she obtain the information. The results of that request showed that despite the voting equipment not being able to calculate the votes properly, which was never addressed, the machines were still certified. The Maricopa County RFP for the Dominion equipment did not give the public a chance to give input on the procurement. There was never any discussion or an offer of various options to choose from. The Board of Supervisors went straight to a vote with no discussion and approved the machines unanimously.

13. There are multiple/numerous examples of how on election day observers and poll workers were prevented from overseeing the various procedures, thereby undermining confidence that there was no illegal activity and violating Arizona's statutes regarding election integrity. We have had no formal investigation into the vast majority of these accusations.

**Summary:**

Arizona has many unresolved issues that we would like to have investigated in order to confidently say our electors voted for the true victor in the 2020 Presidential election. We still have outstanding issues left unresolved and are being stopped at nearly every turn from investigating. For example, the Maricopa County Recorder's office started counting early ballots 14 days before election day. During that time, the backup server was removed each night by a Dominion employee. This is of significant concern because the information on those servers could have been manipulated and/or provided to nefarious people as to how many ballots/votes were needed to change the results of the election as time went on.

Many in the Legislature believe that if we are able to do a forensic audit, we could investigate these and other serious claims brought forward to us. However, as you can see by the list above (not exhaustive but brief for your benefit) we have many entities who appear to be blocking our efforts to get to the bottom of the issue. One can only ask, in a supposedly secure and fair election, why discovery is being quashed.

**Conclusion:**

It is asked that all of these issues be considered when contemplating the eleven Arizona electoral votes. Our election is still in dispute, and we have obfuscation and attempts at running out the clock to prevent discovery of the facts. We believe it is impossible to conclusively declare a winner in Arizona and pray that you would refrain from counting the electoral votes from our state, and consider the alternate slate should we be able to establish validity to the various claims of election fraud on such a scale that would change the outcome.


*Thank you, kindly, for your attention to these matters.*

Begin forwarded message:

**From:** Ron Hooper <rhooper@termlimits.com>
**Subject: Fwd: Pence letter**
**Date:** December 31, 2020 at 12:25:36 PM PST
**To:** Bradley Rotter <brad@rotter.com>

Brad, is there a way to confirm Pence's receipt of Kelly's resolution noted in here attached doc? On December 14, 2020, Arizona sent an alternate slate of electors, along with a resolution from 21 current and 8 newly elected legislators asking you to refrain from accepting the Biden electors until we could adequately investigate these claims of fraud.

---------- Forwarded message ----------
**From: Kelly Townsend** <ktownsend@azleg.gov>
**Date:** Thu, Dec 31, 2020 at 1:14 PM
**Subject:** Pence letter
**To:** Bradley Rotter <brad@rotter.com>
**CC:** rhooper@termlimits.com <rhooper@termlimits.com>

Brad and Ron,

Please find attached the letter written for Mike Pence. Feedback is welcome.

Thank you,

**Kelly J. Townsend**
Chair – Elections Committee
Member, Legislative District 16
Arizona House of Representatives
602.926.4467
ktownsend@azleg.gov

--
Ron Hooper
Western Regional Director
U.S. Term Limits
Termlimits.com

**From:**    Kelly Townsend </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
             (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0DAFE3EE486F4BB69BA501B3BD111861-
             KELLY TOWNS>
**Sent:**    Thursday, January 7, 2021 9:01:50 PM
**To:**      Jennifer Goss <Jenngoss@yahoo.com>
**Subject:** Re: #italydidit Are you willing to look at the proof of election fraud?

I continue to insist on a full independent forensic election audit.

Thank you for reaching out.

kt

**From:** Jennifer Goss <noreply@freeroots.com>
**Sent:** Thursday, January 7, 2021 8:38 PM
**To:** Kelly Townsend <ktownsend@azleg.gov>
**Subject:** #italydidit Are you willing to look at the proof of election fraud?

Dear Representative Townsend,

https://youtu.be/QBGiHZfOhcI
The CIA. MI-6, the Italian embassy. Any of this ringing a bell?
Every single one of you must search your conscience and do the right thing. Democracy will die under your watch if you
do nothing. Who among you is brave enough to act?

For nearly two months, we have been told there's "no evidence" of electoral problems — at least sufficient to affect the
outcome of the presidential race. Actually, there is so open your eyes and do something about it!


Thank you
Jennifer Goss

Exhibit  C

Matt
Forwarded Message
From: Patrick M. Byrne (Patrick Byrne)



\* Original allegedly posted by
Patrick Byrne prior to the election.



**Snowcrash**
@snowcrash395

Replying to @Unaffraid1 and @PatrickByrne

That small Korean Airlines jet, HL8230, had just been in Hanoi before going to AZ. @vialoysia uncovered a ballot counterfeiting in Guandong Province, southern China, not that far from Hanoi.

1:25 PM · 1/1/21 · Twitter Web App

**7** Retweets  **11** Likes

   

# Exhibit  D

January 26, 2021
8:49 PM

Edit

Garrett M. Ziegler

> Garrett M. Ziegler
> Good morning. So #KoreanAirGate is likely true,...

**If someone could do a deep dive on these passengers, I (and the 80 million US citizens who voted for DJT) would really appreciate it. I have only the bandwidth to look into the Samsung Electronics CEO**
⊙ 47.1K 11:56 AM

Garrett M. Ziegler

| Garrett M. Ziegler
| If someone could do a deep dive on these passenger...



KoreanAirGate Travelers.docx
20.7 KB

**Thank you to everyone who offered to help. Because the patriot inside the CBP who sent me this screenshot didn't (for good reason!) put the data into a more readily accessible format, I did. Please see attached. If you could add—with footnotes, of course—in the info column, I would very much appreciate it..**

**BTW: If you're wondering why the FBI isn't doing this, you're getting warmer. If you're wondering if almost every single institution in our Federal Goverment is captured, you're red hot. It's a travesty. It's up to us to #TakeOurCountryBack.**
⊙ 54.3K edited 12:47 PM

# Ryan Hartwig

On Saturday November 7th, 2020 I went to two rallies earlier in the day. At 1pm I went to the rally at the capitol in Phoenix, Arizona and met up with Dr. Cordie Williams briefly. I also saw Sheriff Mark Lamb at that rally, and took a picture with him.



While at the capitol I ran into people who realized I had previously worked with Project Veritas, so they gave me some tips about election fraud. They gave me the name of **someone named Staci Burk, who knew someone in Seattle at a shipping center, who had seen ballots being loaded into trucks to be shipped around the country. There was zero mention of airplanes, just of a shipping center in Seattle.** I took notes on my phone about this where it says "kid it was his last day".

# Ryan Hartwig

I took down the information about **Staci Burk**, which only mentioned Seattle and nothing about Phoenix. Then around 3:00pm I went to the rally at 510 S 3rd Ave, Phoenix AZ 85003, at the Maricopa County Tabulation and Election Center (MCTEC).

I gave a speech at around 5:10pm which you can see here:
https://www.facebook.com/rhonda.levenda/videos/1021 9139780148525

I also met Adel who was leading the rally. During my speech I plugged Project Veritas, since I was an insider with them and went public with them on 6/25/2020 as an insider at Facebook.
https://www.projectveritas.com/news/ryan-hartwig-facebook/

At about 5:30pm I left the rally, ate and walked to my car.

At 6:29pm I got a text from Jessica (alias), who is a friend of Nancy who said "Hi call Nancy. I got a call a Korean bombier jet from Korea with a blue belly flew in an airplane w no seats and has boxes of ballots. At Swift Aviation Phx." And she shared with me the contact info for Jennifer. [RH1]

At 6:34pm I got a text from Nancy that said "Do you know anyone who can get to Swift transportation .Told about a plan with ballots & unsure if loading or going to election counting place. Plane is a bombardier small jet with blue belly."



November 10, 2020
10:42 PM

X          History ✈ HL8230 - Fli...          



# HL8230 Flight Activity History

- Live + HL8230 Flight Status
- Resources + HL8230 Aircraft Registration
- Photos + HL8230 Photos

## Filter by date

Show flights between          ___          ___



**The world's cheapest flights**

| Date | Aircraft | Origin | Destination | Departure |
|---|---|---|---|---|
| 10-Nov-2020 | Unknown | Narita Int'l (RJTT / NRT) | Tokyo Int'l [Haneda] (RJTT / HND) | 01:50PM JST |
| 10-Nov-2020 | Unknown | Gimpo Int'l (RKSS / GMP) | Narita Int'l (RJTT / NRT) | 11:11AM KST |
| 08-Nov-2020 | GLEX | Seattle-Tacoma Int'l (KSEA) | Gimpo Int'l (RKSS / GMP) | 02:29AM PST |
| 07-Nov-2020 | GLEX | Phoenix Sky Harbor Int'l (KPHX) | Seattle-Tacoma Int'l (KSEA) | 11:00PM MST |
| 06-Nov-2020 | GLEX | Gimpo Int'l (RKSS / GMP) | Phoenix Sky Harbor Int'l (KPHX) | 07:47PM KST |
| 02-Oct-2020 | Unknown | Tan Son Nhat Int'l (VVTS / SGN) | Gimpo Int'l (RKSS / GMP) | 11:59PM +07 |
| 01-Oct-2020 | Unknown | Noi Bai Int'l (VVNB / HAN) | Tan Son Nhat Int'l (VVTS / SGN) | 03:31PM +07 |
| 18-Oct-2020 | Unknown | Gimpo Int'l (RKSS / GMP) | Near Hanoi | 03:30PM KST |
| 15-Oct-2020 | Unknown | Gimpo Int'l (RKSS / GMP) | Gimpo Int'l (RKSS / GMP) | 07:05PM KST |
| 15-Oct-2020 | Unknown | Gimpo Int'l (RKSS / GMP) | Gimpo Int'l (RKSS / GMP) | 05:23PM KST |
| 13-Oct-2020 | Unknown | Eindhoven (EHEH / EIN) | Gimpo Int'l (RKSS / GMP) | 04:29PM CEST |
| 13-Oct-2020 | Unknown | Geneva Cointrin Int'l (GVA / LSGG) | Near Eindhoven | 09:39AM CEST |
| 12-Oct-2020 | Unknown | Eindhoven (EHEH / EIN) | Geneva Cointrin Int'l (GVA / LSGG) | 07:59PM CEST |
| 12-Oct-2020 | Unknown | Gimpo Int'l (RKSS / GMP) | Near Eindhoven | 01:59PM KST |
| 09-Oct-2020 | Unknown | Near Oberpfalz | Gimpo Int'l (RKSS / GMP) | First seen 04:47PM CEST |
| 09-Oct-2020 | Unknown | Geneva Cointrin Int'l (GVA / LSGG) | Near Eindhoven | 03:51PM CEST |
| 08-Oct-2020 | Unknown | Eindhoven (EHEH / EIN) | Near Geneva | 07:50PM CEST |
| 06-Oct-2020 | Unknown | Gimpo Int'l (RKSS / GMP) | Near Eindhoven | 02:00PM KST |
| 05-Oct-2020 | Unknown | Gimpo Int'l (RKSS / GMP) | Gimpo Int'l (RKSS / GMP) | 09:11PM KST |
| 06-Oct-2020 | Unknown | Gimpo Int'l (RKSS / GMP) | Gimpo Int'l (RKSS / GMP) | 08:33PM KST |
| 05-Oct-2020 | Unknown | Gimpo Int'l (RKSS / GMP) | Gimpo Int'l (RKSS / GMP) | 07:00PM KST |
| 05-Oct-2020 | Unknown | Gimpo Int'l (RKSS / GMP) | Gimpo Int'l (RKSS / GMP) | 06:17PM KST |
| 05-Oct-2020 | Unknown | Gimpo Int'l (RKSS / GMP) | Gimpo Int'l (RKSS / GMP) | 05:42PM KST |
| 27-Aug-2020 | Unknown | Near Ulsan | Gimpo Int'l (RKSS / GMP) | First seen 02:54PM KST |
| 27-Aug-2020 | Unknown | Gimpo Int'l (RKSS / GMP) | Near Ulsan | 01:50PM KST |
| 24-Aug-2020 | Unknown | Near Ulsan | Gimpo Int'l (RKSS / GMP) | First seen 02:41PM KST |
| 21-Aug-2020 | Unknown | Gimpo Int'l (RKSS / GMP) | Near Ulsan | 01:47PM KST |
| 21-Aug-2020 | Unknown | Near Ulsan | Gimpo Int'l (RKSS / GMP) | First seen 02:59PM KST |
| 21-Aug-2020 | Unknown | Gimpo Int'l (RKSS / GMP) | Near Ulsan | 01:50PM KST |
| 20-Aug-2020 | Unknown | Near Ulsan | Gimpo Int'l (RKSS / GMP) | First seen 02:55PM KST |
| 20-Aug-2020 | Unknown | Gimpo Int'l (RKSS / GMP) | Near Ulsan | 01:56PM KST |

