**Marco Trickovic** @

Nov 13, 2020

I'm being told 2 arrests in Seattle today by my source
Nov 13, 2020 9:24 PM





Nov 13, 2020 9:24 PM 

No. Me people that flew out there working on the case.
Nov 13, 2020 9:25 PM

You called Marco · Nov 13, 2020 9:26 PM

Missed call · Nov 13, 2020 9:42 PM

You called Marco · Nov 13, 2020 9:49 PM

You called Marco · Nov 13, 2020 10:43 PM

Call Again

Nov 15, 2020



**Marco Trickovic**



**None of 2020's worst-case election security scenarios came to pass**

There's no evidence whatsoever of widespread voter fraud.

www.axios.com

Plaintiff
to Marko
Trickovic

https://www.axios.com/election-security-2020-voter-fraud-foreign-meddling-0f4ec894-ddf8-42e8-aa07-773ccc8450d7.html

Nov 15, 2020 12:08 AM ✓

You called Marco · Nov 15, 2020 12:44 PM

Marco called you · Nov 15, 2020 1:35 PM

You called Marco · Nov 15, 2020 4:09 PM

Missed call · Nov 15, 2020 4:52 PM

You called Marco · Nov 15, 2020 5:02 PM

Missed call · Nov 15, 2020 8:27 PM

Marco called you · Nov 15, 2020 10:30 PM

Call Back

# Exhibit E

< **DJ** **David Jose** 🎥 📞

Dec 16, 2020

He sorry

I'm here

You up

You put your claims in that little spot where there is white

Dec 16, 2020 12:05 AM

📞 David called you · Dec 16, 2020 12:05 AM

📞 You called David · Dec 16, 2020 1:54 AM

Call Again

---

 **David Jose** @DavidJoseCares · 1d
Alright everyone, I want you to witness @BarnettforAZ email my affidavit and Notice and Demand by email to the legislature 😂 this will be epic! Fraud Vitiates everything but this one is gonna be love

> 🧔 **Senator-Elect Kelly Towns...** · 1d
>
> In order to meet the Monday deadline of selecting Electors, the Legislature needed to have had a hearing by today. The Senate failed to post the mtg on time, so the hearing is basic...

♡    ⇄ 1    ♡ 2    ⬆    ��df

# Exhibit  E

< (DJ) **David Jose**    📹    📞

Dec 16, 2020

He sorry

I'm here

You up

You put your claims in that little spot where there is white

Dec 16, 2020 12:05 AM

📞 David called you · Dec 16, 2020 12:05 AM

📞 You called David · Dec 16, 2020 1:54 AM

Call Again

 **David Jose** @DavidJoseCares · 1d
Alright everyone, I want you to witness @BarnettforAZ email my affidavit and Notice and Demand by email to the legislature 😂 this will be epic! Fraud Vitiates everything but this one is gonna be love

> 👤 **Senator-Elect Kelly Towns...** · 1d
>
> In order to meet the Monday deadline of selecting Electors, the Legislature needed to have had a hearing by today. The Senate failed to post the mtg on time, so the hearing is basic...

○    ⇄ 1    ♡ 2    ⬆    ⅲ

# Here is one of the election affidavits

From  davejosepma@protonmail.com <davejosePMA@protonmail.com>

To  

Date  Tuesday, December 15th, 2020 at 7:52 PM

Here ya go

Sent from ProtonMail Mobile

**50.63 KB**  1 file attached

Women's Affidavit of Treason Arizona.pdf  50.63 KB

Please take notice that:
Article 7 Section 7 Arizona Constitution

7. Highest number of votes received as determinative of person elected

Section 7. In all elections held by the people in this state, the person, or persons, receiving the highest number of legal votes shall be declared elected.

The Arizona Constitution clearly shows that out of the votes, scrutiny must be done to reduce them to legal votes. This is sworn to by all workers in the state as part of the agreement to work for the people of Arizona. The Audit of the votes and systems is the right of the people to know all elections are equal and free (see constitutional provision below):

Arizona Constitution Article 2 Declaration of Rights
21. Free and equal elections

Section 21. All elections shall be free and equal, and no power, civil or military, shall at any time interfere to prevent the free exercise of the right of suffrage.

Please take further notice that: Arizona civil officers guarantee that they will not interfere with right of suffrage, yet a civil court found election flipping, and then decided to seal the evidence which is necessary under article 7 Section 7 of the Arizona Constitution, thus providing a foreign owned company assistance in preventing the people from determining legal votes;

Please take further notice that any attempt to prevent the people from having an independent audit immediately will be considered as a trespass and treason against the people if there are not constitutionally granted authority that the above public officials can present to rebut these claims;
Please take further notice that there has been an insurrection by government workers to bypass the peoples rights and block an audit of the machines, software, and processes used to certify an election as using only legal votes;

Please take notice that you, President Donald Trump, are hereby ordered, to bring justice by using all necessary powers you have to follow your oath as seen in the United States Constitution below:

United States Constitution Article IV Section 4.

Section 4.

The United States shall guarantee to every state in this union a republican form of government, and shall protect each of them against invasion; and on application of the legislature, or of the executive (when the legislature cannot be convened) against domestic violence.

Please take further notice that the people of Arizona hold all political power and the legislature, governor, and public officers have been involved in maladministration and treasonous acts. Therefore, the people are demanding, for you, President Donald Trump, to quash this insurrection and the theft of our republican form of government and invasion by government officials who have abandoned their oaths and are protecting a foreign enemy:

Arizona Constitution Declaration of Rights Article 2 Section 2
2. Political power; purpose of government

Section 2. All political power is inherent in the people, and governments derive their just powers from the consent of the governed, and are established to protect and maintain individual rights

Please take further notice that: any denial of the protection and maintenance of the people's individual rights is maladministration, treason, and an insurrection;

This is an Affidavit and contract and change of terms. Any man or woman who denies these claims are true must rebut them under penalty of perjury in the form of a sworn affidavit. Any man or woman who decides to suppress this affidavit agrees to pay $30,000 and any disputes by any public officials or private actors who are bound by contract to the Arizona Constitution agrees to have these matters heard before an Arbitrator of my choice. Any man or woman denying these claims are true must rebut these claims point by point within (3) days (72 hrs). Failure to respond means that by acquiescence you agree that all claims are true. Failing to respond with constitutionally granted authority which gave you the power to disregard the peoples rights mentioned within this Affidavit and Contract, means that you agree to have this affidavit used

against you as evidence of Treason, Insurrection and Maladministration. You further agree that once the 3 day time period is up, this Affidavit becomes truth and law and that all matters must be considered adjudged and that no court has jurisdiction to rehear these matters and that these witnesses against you shall be considered sufficient for conviction. Remedy shall be had by giving the people a full audit of every machine used for voting, all associated software, all evidence of any voting fraud, any evidence of dead voters and any other voting related items or information that may be necessary to carry out an independent audit.

## Verification

I hereby declare, certify and state, pursuant to the penalties of perjury under the laws of the United States of America, and by the provisions of 28 USC § 1746 that all of the above and foregoing representations are true and correct to the best of my knowledge,information and belief.

Executed in _____, Arizona on this _____day of _____in the Year of Our Lord Two Thousand and Twenty .


_____
Autograph of Affiant:

## Notary as JURAT CERTIFICATE

_____State                    }
_____County                   }

On this _____day of _____, 2020 (date) before me, _____, a Notary Public, personally appeared _____ Name of Affiant, who proved to me on the basis of satisfactory evidence to be the woman whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her autograph(s) on the instrument the woman executed, the instrument.

I certify under PENALTY OF PERJURY under the lawful laws of Arizona State and that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature of Notary / Jurat _____

                        seal

FROM: Josh Barnett
2164 W Barwick Dr
Phoenix AZ 85085

TO: Karen Fann
1700 W Washington
Room 205
Phoenix, AZ 85007

Josh Barnett )
Claimant )
                                        )
                                        ) Notice of Treason
                                        ) Notice of Maladministration
_____                                )Demand for President to Enforce
                                        )Executive Order #13848 and all
                                        )associated powers
Arizona Legislature                     )Notice of Change in Contract Terms
(Every member, individually and         )Notice of Right to Arbitration
All members collectively)               )
Maricopa  Board of Supervisors          )
Katie Hobbs   Sec. of State             )
Respondent(s)                           )
                                        )

### Notice by Affidavit
### Affidavit of Treason

Comes now Affiant, one of the people (as seen in the Arizona Declaration of Rights
Article 2 Section 2 Arizona Constitution) Sui Juris, in this court of record, do make the
following claims:

An affidavit was already sent asking for independent
forensic audit and they acquiesced on that notice

The Legislature has been given Notice that I not only
requested an independent audit but that they guarantee
to me (as stated in Arizona Constitution) that only Legal
votes were counted (AZ Art. 7, Sec 7) they failed to perform
the Independent forensic audit. They swore by Oath that only
Legal votes are to be counted and they cannot guarantee
that without the audit.

Please take notice that:
Article 7 Section 7 Arizona Constitution

7. Highest number of votes received as determinative of person elected

Section 7. In all elections held by the people in this state, the person, or persons,
receiving the highest number of legal votes shall be declared elected.

The Arizona Constitution clearly shows that out of the votes, scrutiny must be done to
reduce them to legal votes. This is sworn to by all workers in the state as part of the

2

agreement to work for the people of Arizona. The Audit of the votes and systems is the right of the people to know all elections are equal and free (see constitutional provision below):

Arizona Constitution Article 2 Declaration of Rights
21. Free and equal elections

Section 21. All elections shall be free and equal, and no power, civil or military, shall at any time interfere to prevent the free exercise of the right of suffrage.

Please take further notice that: Arizona civil officers guarantee that they will not interfere with right of suffrage, yet a civil court found election flipping, and then decided to seal the evidence which is necessary under article 7 Section 7 of the Arizona Constitution, thus providing a foreign owned company assistance in preventing the people from determining legal votes;

Please take further notice that any attempt to prevent the people from having an independent audit immediately will be considered as a trespass and treason against the people if there are not constitutionally granted authority that the above public officials can present to rebut these claims;

Please take further notice that there has been an insurrection by government workers to bypass the peoples rights and block an audit of the machines, software, and processes used to certify an election as using only legal votes;

Please take notice that you, President Donald Trump, are hereby ordered, to bring justice by using all necessary powers you have to follow your oath as seen in the United States Constitution below:

United States Constitution Article IV Section 4.

Section 4.

The United States shall guarantee to every state in this union a republican form of government, and shall protect each of them against invasion; and on application of the legislature, or of the executive (when the legislature cannot be convened) against domestic violence.

Please take further notice that the people of Arizona hold all political power and the legislature, governor, and public officers have been involved in maladministration and treasonous acts. Therefore, the people are demanding, for you, President Donald Trump, to quash this insurrection and the theft of our republican form of government and invasion by government officials who have abandoned their oaths and are protecting a foreign enemy:

Arizona Constitution Declaration of Rights Article 2 Section 2
2. Political power; purpose of government

Section 2. All political power is inherent in the people, and governments derive their just powers from the consent of the governed, and are established to protect and maintain individual rights

Please take further notice that: any denial of the protection and maintenance of the people's individual rights is maladministration, treason, and an insurrection;

3

This is an Affidavit and contract and change of terms. Any man or woman who denies these claims are true must rebut them under penalty of perjury in the form of a sworn affidavit. Any man or woman who decides to suppress this affidavit agrees to pay $30,000 and any disputes by any public officials or private actors who are bound by contract to the Arizona Constitution agrees to have these matters heard before an Arbitrator of my choice. Any man or woman denying these claims are true must rebut these claims point by point within (3) days (72 hrs). Failure to respond means that by acquiescence you agree that all claims are true. Failing to respond with constitutionally granted authority which gave you the power to disregard the peoples rights mentioned within this Affidavit and Contract, means that you agree to have this affidavit used against you as evidence of Treason, Insurrection and Maladministration. You further agree that once the 3 day time period is up, this Affidavit becomes truth and law and that all matters must be considered adjudged and that no court has jurisdiction to rehear these matters and that these witnesses against you shall be considered sufficient for conviction. Remedy shall be had by giving the people a full audit of every machine used for voting, all associated software, all evidence of any voting fraud, any evidence of dead voters and any other voting related items or information that may be necessary to carry out an independent audit.

### Verification

I hereby declare, certify and state, pursuant to the penalties of perjury under the laws of the United States of America, and by the provisions of 28 USC § 1746 that all of the above and foregoing representations are true and correct to the best of my knowledge,information and belief.

Executed in _Chandler_, Arizona on this _13_ day of _December_ in the Year of Our Lord Two Thousand and Twenty .

Autograph of Affiant:

### Notary as JURAT CERTIFICATE

_ARIZONA_ State    }
_MARICOPA_ County    }

On this _13th_ day of _December_, 2020 (date) before me, _Carolynn M Gill_, a Notary Public, personally appeared _Joshua Barnett_ Name of Affiant, who proved to me on the basis of satisfactory evidence to be the man whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his autograph(s) on the instrument the man executed, the instrument.

I certify under PENALTY OF PERJURY under the lawful laws of Arizona State and that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature of Notary / Jurat _Caro Jynn M Gill_

seal

OFFICIAL SEAL
CAROLYNN M GILL
Notary Public - Arizona
MARICOPA COUNTY
My Commission Expires
MARCH 13, 2022

# Affidavit

From   davejosepma@protonmail.com <davejosePMA@protonmail.com>

To       davejosepma@protonmail.com<davejosePMA@protonmail.com>

Date   Tuesday, December 15th, 2020 at 8:00 PM

Sent from ProtonMail Mobile

**9.60 KB**   1 file attached

Women's Affidavit of Treason Arizona.docx 9.60 KB

FROM:


TO:



_____                              )

Claimant                                                    )

                                                                   ) Notice of Treason

_____                                          ) Notice of Maladministration

                                                                   )Demand for President to Enforce

                                                                   )Executive Order #13848 and all

                                                                   )associated powers

 Arizona Legislature                                )Notice of Change in Contract Terms

(Every member, individually and          )Notice of Right to Arbitration

All members collectively)                         )

_____ Board of Supervisors    )

_____ Sec. of State           )

Respondent(s)                                            )

_____)

**Notice by Affidavit**
**Affidavit of Treason**

Comes now Affiant, one of the people (as seen in the Arizona Declaration of Rights
Article 2 Section 2 Arizona Constitution) Sui Juris, in this court of record, do make the
following claims:

Please take notice that:
Article 7 Section 7 Arizona Constitution

7. Highest number of votes received as determinative of person elected

Section 7. In all elections held by the people in this state, the person, or persons, receiving the highest number of legal votes shall be declared elected.

The Arizona Constitution clearly shows that out of the votes, scrutiny must be done to reduce them to legal votes. This is sworn to by all workers in the state as part of the agreement to work for the people of Arizona. The Audit of the votes and systems is the right of the people to know all elections are equal and free (see constitutional provision below):

Arizona Constitution Article 2 Declaration of Rights
21. Free and equal elections

Section 21. All elections shall be free and equal, and no power, civil or military, shall at any time interfere to prevent the free exercise of the right of suffrage.

Please take further notice that: Arizona civil officers guarantee that they will not interfere with right of suffrage, yet a civil court found election flipping, and then decided to seal the evidence which is necessary under article 7 Section 7 of the Arizona Constitution, thus providing a foreign owned company assistance in preventing the people from determining legal votes;

Please take further notice that any attempt to prevent the people from having an independent audit immediately will be considered as a trespass and treason against the people if there are not constitutionally granted authority that the above public officials can present to rebut these claims;
Please take further notice that there has been an insurrection by government workers to bypass the peoples rights and block an audit of the machines, software, and processes used to certify an election as using only legal votes;

Please take notice that you, President Donald Trump, are hereby ordered, to bring justice by using all necessary powers you have to follow your oath as seen in the United States Constitution below:

United States Constitution Article IV Section 4.

Section 4.

The United States shall guarantee to every state in this union a republican form of government, and shall protect each of them against invasion; and on application of the legislature, or of the executive (when the legislature cannot be convened) against domestic violence.

Please take further notice that the people of Arizona hold all political power and the legislature, governor, and public officers have been involved in maladministration and treasonous acts. Therefore, the people are demanding, for you, President Donald Trump, to quash this insurrection and the theft of our republican form of government and invasion by government officials who have abandoned their oaths and are protecting a foreign enemy:

Arizona Constitution Declaration of Rights Article 2 Section 2
2. Political power; purpose of government

Section 2. All political power is inherent in the people, and governments derive their just powers from the consent of the governed, and are established to protect and maintain individual rights

Please take further notice that: any denial of the protection and maintenance of the people's individual rights is maladministration, treason, and an insurrection;

This is an Affidavit and contract and change of terms. Any man or woman who denies these claims are true must rebut them under penalty of perjury in the form of a sworn affidavit. Any man or woman who decides to suppress this affidavit agrees to pay $30,000 and any disputes by any public officials or private actors who are bound by contract to the Arizona Constitution agrees to have these matters heard before an Arbitrator of my choice. Any man or woman denying these claims are true must rebut these claims point by point within (3) days (72 hrs). Failure to respond means that by acquiescence you agree that all claims are true. Failing to respond with constitutionally granted authority which gave you the power to disregard the peoples rights mentioned within this Affidavit and Contract, means that you agree to have this affidavit used

against you as evidence of Treason, Insurrection and Maladministration. You further agree that once the 3 day time period is up, this Affidavit becomes truth and law and that all matters must be considered adjudged and that no court has jurisdiction to rehear these matters and that these witnesses against you shall be considered sufficient for conviction. Remedy shall be had by giving the people a full audit of every machine used for voting, all associated software, all evidence of any voting fraud, any evidence of dead voters and any other voting related items or information that may be necessary to carry out an independent audit.

### Verification

I hereby declare, certify and state, pursuant to the penalties of perjury under the laws of the United States of America, and by the provisions of 28 USC § 1746 that all of the above and foregoing representations are true and correct to the best of my knowledge,information and belief.

Executed in _____, Arizona on this _____day of _____in the Year of Our Lord Two Thousand and Twenty .


_____
Autograph of Affiant:

### Notary as JURAT CERTIFICATE

_____State              }
_____County              }

On this _____day of _____, 2020 (date) before me,
_____, a Notary Public, personally appeared
_____ Name of Affiant, who proved to me on the basis of satisfactory evidence to be the woman whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her autograph(s) on the instrument the woman executed, the instrument.

I certify under PENALTY OF PERJURY under the lawful laws of Arizona State and that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature of Notary / Jurat _____

seal



**David Jose**

2d · 🌐

•••

God just let @Josh Barnett drop an affidavit that will force an audit in Arizona!!!! They didn't know the law, don't mess around and find out looooooooool!!!! Only God can do this, 6 minutes and look at the lines and retweets

**Liked**

by cholopepGuerra1@gmail.com and 104 others



**Josh Barnett for Congress (...** ✓ · 6m
Follow up affidavit to Maricopa Board of Supervisors, @dougducey @SecretaryHobbs @RecorderFontes **it's notarized and sent**

@DavidJoseCares @RudyGiuliani @SidneyPowell1





# Josh Barnett for US Congress

## 3 hours ago

# All the smoke #affidavit







## Josh Barnett for Congress (AZ-07) ✅
@BarnettforAZ

Attention ALL Patriots!

Print this & sign it.

Tweet it and tag: @realDonaldTrump @SidneyPowell1 @RudyGiuliani @JennaEllisEsq @LLinWood @GenFlynn

Let President Trump know #WeThePeople that we got his back #EO13848 @DavidJoseCares

RETWEET!!!








JOSH ★ ★ ★ ★ ★
BARNETT *for* U.S. CONGRESS



*Donate*            

## Help End Child Trafficking



at 4–6), which lists several documents, as purporting to disclose any of those documents as exhibits. Among other things, such evidence would be inadmissible hearsay and the ADP would object to the admission of such documents.

2

Case 2:20-cv-02321-DJH    Document 61    Filed 12/07/20    Page 3 of 9

| No. | Witness Name | Objections |
|-----|--------------|------------|
| 4 | Les Minkas | FRE 401, FRE 403, FRE 701 |
| 5 | Diane Serra | FRE 401, FRE 403, FRE 701 |
| 6 | Judith Burns | FRE 401, FRE 403, FRE 701 |
| 7 | Kathleen Alvey | FRE 401, FRE 403, FRE 701 |
| 8 | Linda Brickman | FRE 401, FRE 403, FRE 701 |
| 9 | Mark Low | FRE 401, FRE 403, FRE 602, FRE 701 |
| 10 | "Redacted Fact Witness, TM" | FRE 401, FRE 403, FRE 602, FRE 701 |
| 11 | Senator Kelly Townsend | FRE 401, FRE 403, FRE 602, FRE 701 |
| 12 | "Redacted - Venezuela Smartmatic Affidavit" | FRE 401, FRE 403, FRE 602, FRE 701 |
| 13 | Joe Oltmann | FRE 401, FRE 403, FRE 602, FRE 701 |
| 14 | Anna Mercedes Diaz Cardozo | FRE 401, FRE 403, FRE 602, FRE 701 |
| 15 | Ronald Watkins | FRE 401, FRE 403, FRE 602, FRE 701 |
| 16 | Jane Doe | FRE 401, FRE 403, FRE 701 |
| 17 | Ryan Hartwig | FRE 401, FRE 403, FRE 701 |

**Plaintiffs' Exhibits**

The ADP objects to the Plaintiffs' documentary evidence for the reasons set forth below. Any exhibit not disclosed by Plaintiffs as part of their "Exhibit List for Witness Disclosure" (Exhibit 2) should be excluded. *See* Doc. 35.[3]

| Plfs. Ex. No. | Description | Stipulate Auth. Y/N | Stipulate Admiss. Y/N | Objections |
|------|-------------|--------|--------|------------|
| 1 | Redacted - Venezuela Smartmatic Affidavit 11.116.2020 | N | N | FRE 401, FRE 403, FRE 802 |
| 2 | Absentee Survey Analysis - Briggs Rpt. | N | N | FRE 401, FRE 403, FRE 802, FRE 702, FRE 703 |



> **2:16**
> **26.7 MB**
>
> The recorder's office reminded voters of that fact on Election Day, tweeting: "Did you know we use Sharpies in the Vote Centers so the ink doesn't smudge as ballots are counted onsite? New offset columns on the ballots means bleed through won't impact your vote!"

## Thank you Josh Barnett of Arizona. Insightful #MustWatch

 35.3K JovanHutton Pulitzer, 6:04 PM

 189 Comments  〉 

July 20



## #AuditPoliticiansWords
## #ScanTheBallots
## #KinematicArtifactDetection
## #JovanHuttonPulitzer

 99.2K JovanHutton Pulitzer, 10:11 AM

 111 Comments  〉 

# Josh Fire

From   davejosepma@protonmail.com <davejosePMA@protonmail.com>

To       staciburk@protonmail.com

Date   Wednesday, December 16th, 2020 at 12:48 AM


Sent from ProtonMail Mobile


**469.96 KB**   1 file attached

D07F3107-D82F-40BD-851B-E7BC011A05D0.PNG  469.96 KB

## Liked

by Kathy Olney and 9 others

 **Josh Barnett for Congress (A...** ✔ · 2d ⌄

AZ State Legislature. You've got mail. Ding! @FannKfann @speakerbowers @Steve_Chucri @billgatesaz @jacksellers @Steve_Gallardo #electionfraud #ForensicAudit #EO13848 @realDonaldTrump @GenFlynn @RudyGiuliani @SidneyPowell1 @LLinWood @JennaEllisEsq #WeThePeople @DavidJoseCares



💬 301        ↻ 4,376        ❤ 11.3K        ⬆

Show this thread

# Exhibit  F

December 8, 2020
3:43 PM

Edit

LIVE



# EMMANUEL LADSOUS



Delta 7 Group founder, Emmanuel Ladsous, retired from the FBI in 2011 after a prestigious 23-year career. Mr. Ladsous is the president and founder of the Delta 7 Group, a licensed California private investigator, and an international business consultant.

January 18, 2021
12:03 PM

Edit

agent, a certified FBI technically trained agent, and an FBI/NSA-certified technical surveillance countermeasures examiner.

Mr. Ladsous conducted complex sensitive national security and criminal investigations including terrorism, foreign counterintelligence, organized crime, white-collar crime, public corruption, civil rights violations, financial crime, bribery, bank robbery, extortion, kidnapping, interstate criminal activity, fugitive and drug-trafficking matters.

Read More





# Exhibit  G



2 People >

Text Message
Fri, Dec 11, 7:24 PM

Kelly Townsend



Staci Burk, Christina Bobb



Christina Bobb

Hello! I'm working with our forensic team now to see how quickly we can get out there to do it. I'm going to send you the contact for our local counsel who can help you get the exam scheduled and approved by the court. His name is Jack. Please reach out to him ASAP and let me know the window we have to work with. Thanks!



Jack Wilenchik    JW   >



21

22 John D. Wilenchik
jackw@wb-law.com

23 Jordan Wolff
jordanw@wb-law.com

24 The Wilenchik & Bartness Building

25 2810 North Third Street
Phoenix, Arizona 85004

26 *Attorneys for CyberNinjas, Inc.* ✳

27

28

✳ Arizona audit attorney

# Exhibit  H



I know. I was denied the fundamental right to vote.

Dec 11, 2020 5:12 PM

Dec 12, 2020

Staci—I was thinking—if they are granting you reasonable discovery—maybe I should hook you up with Jim and Doug!!  They are from our team and are experts in that!!!

← Jim Penrose. Doug Logan.





Sharon Patriot

Okay! Send her contact and I will have Jim and Doug reach out to her also. They were up working forensics all night

Doug Patriot

Sweet! We should give her sopeonas to use

Sharon Patriot

Okay! Send her contact and I will have Jim and Doug reach out to

Also—we are in contact with a man who invented the QR code who can analyze the folds in the ballots to determine if they have been mailed!



His ego is the size of TX but he is brilliant and might be able to help!

To: Kelly Townsend

arizonadailyindependent.com

I call on the courts, or Legislature through a special session called by the Governor, to order an audit and disqualification of overvoted ballots, and counts adjusted..

Tap to Load Preview

t.co    >

Wow

↖ *Plaintiff Staci Burk*

Mon, Nov 9, 11:13 AM

Do you think the GOP chairmen of the affected states should know about this ballot issue?

↗ *Defendant Townsend*

Just jumped on the phone, I will call you back.

Like Kelli Ward?

No

No the other states

at 4–6), which lists several documents, as purporting to disclose any of those documents as exhibits. Among other things, such evidence would be inadmissible hearsay and the ADP would object to the admission of such documents.

2

| No. | Witness Name | Objections |
|---|---|---|
| 4 | Les Minkas | FRE 401, FRE 403, FRE 701 |
| 5 | Diane Serra | FRE 401, FRE 403, FRE 701 |
| 6 | Judith Burns | FRE 401, FRE 403, FRE 701 |
| 7 | Kathleen Alvey | FRE 401, FRE 403, FRE 701 |
| 8 | Linda Brickman | FRE 401, FRE 403, FRE 701 |
| 9 | Mark Low | FRE 401, FRE 403, FRE 602, FRE 701 |
| 10 | "Redacted Fact Witness, TM" | FRE 401, FRE 403, FRE 602, FRE 701 |
| 11 | Senator Kelly Townsend | FRE 401, FRE 403, FRE 602, FRE 701 |
| 12 | "Redacted - Venezuela Smartmatic Affidavit" | FRE 401, FRE 403, FRE 602, FRE 701 |
| 13 | Joe Oltmann | FRE 401, FRE 403, FRE 602, FRE 701 |
| 14 | Anna Mercedes Diaz Cardozo | FRE 401, FRE 403, FRE 602, FRE 701 |
| 15 | Ronald Watkins | FRE 401, FRE 403, FRE 602, FRE 701 |
| 16 | Jane Doe | FRE 401, FRE 403, FRE 701 |
| 17 | Ryan Hartwig | FRE 401, FRE 403, FRE 701 |

**Plaintiffs' Exhibits**

The ADP objects to the Plaintiffs' documentary evidence for the reasons set forth below. Any exhibit not disclosed by Plaintiffs as part of their "Exhibit List for Witness Disclosure" (Exhibit 2) should be excluded. *See* Doc. 35.[3]

| Plfs. Ex. No. | Description | Stipulate Auth. Y/N | Stipulate Admiss. Y/N | Objections |
|---|---|---|---|---|
| 1 | Redacted - Venezuela Smartmatic Affidavit 11.116.2020 | N | N | FRE 401, FRE 403, FRE 802 |
| 2 | Absentee Survey Analysis - Briggs Rpt. | N | N | FRE 401, FRE 403, FRE 802, FRE 702, FRE 703 |

# Exhibit I

**You**
12/24/20, 6:36 PM

We love Project Veritas and all of you!!
Tue 11:15 am

Staci is welcome to go public with her story. :).
Tue 11:22 am

Carissa Keshel (wife of Powell witness Seth Keshel).

*Immediately after Hartwig went public, Defendant amplified his post on her Parler.

Perfect. What about mine? Or do you see mine as one and the same as Staci's?
Tue 11:34 am

Like I went to be the airport and took photos of the Korean air plane
To the
Tue 11:35 am

← Ryan Hartwig wanting to do a mass public push on Stew Peters.

As far as we are concerned you are welcome to go public with it. 🖤
Tue 12:17 pm

From Powell's team 12/24/20

Hartwig was a witness in Powell's case.

Okay thanks!
Tue 8:43 pm

yes. 🖤. Hope you have a great Christmas!!
Tue 9:04 pm

# Exhibit  J



**AZ Right Wing Watch**
@az_rww

Arizona Representative Kelly Townsend continues to post about election interference on her Parler.

This vague message is supposed to lead her followers down a rabbit hole to find the NEW INFO DROPS about Arizona ballots from REAL Stew Peters.

Keep that grift going.
(cont.)



10:12 AM · 12/27/20 · Twitter Web App

**1** Quote Tweet  **1** Like