

 **Kelly Townsend** 2 minutes ago · ◉ 14
@KellyTownsend

All I can say is Korean Air and ballots.



\* Parler screen shot
by Right Wing Watch
in real time. Link to
Stew Peters story
recieved almost a
million views after this.

# Exhibit  F

December 8, 2020

3:43 PM

Edit

⊚ LIVE ⌄



January 18, 2021
12:04 PM

Edit

# EMMANUEL LADSOUS



Delta 7 Group founder, Emmanuel Ladsous, retired from the FBI in 2011 after a prestigious 23-year career. Mr. Ladsous is the president and founder of the Delta 7 Group, a licensed California private investigator, and an international business consultant.

January 18, 2021

12:03 PM

Edit

agent, a certified FBI technically trained agent, and an FBI/NSA-certified technical surveillance countermeasures examiner.

Mr. Ladsous conducted complex sensitive national security and criminal investigations including terrorism, foreign counterintelligence, organized crime, white-collar crime, public corruption, civil rights violations, financial crime, bribery, bank robbery, extortion, kidnapping, interstate criminal activity, fugitive and drug-trafficking matters.

Read More





# Exhibit  G





2 People ›

Text Message
Fri, Dec 11, 7:24 PM

Kelly Townsend



Staci Burk, Christina Bobb

Hi Christina

Christina Bobb

Hello! I'm working with our forensic team now to see how quickly we can get out there to do it. I'm going to send you the contact for our local counsel who can help you get the exam scheduled and approved by the court. His name is Jack. Please reach out to him ASAP and let me know the window we have to work with. Thanks!

Jack Wilenchik    



21

22  John D. Wilenchik
    jackw@wb-law.com

23  Jordan Wolff
    jordanw@wb-law.com

24  The Wilenchik & Bartness Building

25  2810 North Third Street
    Phoenix, Arizona 85004

26  *Attorneys for CyberNinjas, Inc.* ✳

27

28

✳ Arizona audit attorney

**Exhibit  H**



I know. I was denied the fundamental right to vote.

Dec 11, 2020 5:12 PM ✓

🖤

Dec 12, 2020

Staci—I was thinking—if they are granting you reasonable discovery— maybe I should hook you up with Jim and Doug!!  They are from our team and are experts in that!!!



← Jim Penrose. Doug Logan.



Also—we are in contact with a man who invented the QR code who can analyze the folds in the ballots to determine if they have been mailed!



His ego is the size of TX but he is brilliant and might be able to help!

∨

arizonadailyindependent.com

I call on the courts, or Legislature through a special session called by the Governor, to order an audit and disqualification of overvoted ballots, and counts adjusted..

Tap to Load Preview

t.co                    >

Wow

↖ Plaintiff
Staci
Burk

Mon, Nov 9, 11:13 AM

Do you think the GOP chairmen of the affected states should know about this ballot issue?

↗
Defendant
Townsend

Just jumped on the phone, I will call you back.

Like Kelli Ward?

No

No the other states

<     Powell Witnes...Jane Doe.pdf     ☆     •••

at 4–6), which lists several documents, as purporting to disclose any of those documents as exhibits. Among other things, such evidence would be inadmissible hearsay and the ADP would object to the admission of such documents.

2

Case 2:20-cv-02321-DJH    Document 61    Filed 12/07/20    Page 3 of 9

| No. | Witness Name | Objections |
|---|---|---|
| 4 | Les Minkas | FRE 401, FRE 403, FRE 701 |
| 5 | Diane Serra | FRE 401, FRE 403, FRE 701 |
| 6 | Judith Burns | FRE 401, FRE 403, FRE 701 |
| 7 | Kathleen Alvey | FRE 401, FRE 403, FRE 701 |
| 8 | Linda Brickman | FRE 401, FRE 403, FRE 701 |
| 9 | Mark Low | FRE 401, FRE 403, FRE 701 |
| 10 | "Redacted Fact Witness, TM" | FRE 401, FRE 403, FRE 602, FRE 701 |
| 11 | Senator Kelly Townsend | FRE 401, FRE 403, FRE 602, FRE 701 |
| 12 | "Redacted - Venezuela Smartmatic Affidavit" | FRE 401, FRE 403, FRE 602, FRE 701 |
| 13 | Joe Oltmann | FRE 401, FRE 403, FRE 602, FRE 701 |
| 14 | Anna Mercedes Diaz Cardozo | FRE 401, FRE 403, FRE 602, FRE 701 |
| 15 | Ronald Watkins | FRE 401, FRE 403, FRE 602, FRE 701 |
| 16 | Jane Doe | FRE 401, FRE 403, FRE 701 |
| 17 | Ryan Hartwig | FRE 401, FRE 403, FRE 701 |

<b>Plaintiffs' Exhibits</b>

The ADP objects to the Plaintiffs' documentary evidence for the reasons set forth below. Any exhibit not disclosed by Plaintiffs as part of their "Exhibit List for Witness Disclosure" (Exhibit 2) should be excluded. *See* Doc. 35.[3]

| Plfs. Ex. No. | Description | Stipulate Auth. Y/N | Stipulate Admiss. Y/N | Objections |
|---|---|---|---|---|
| 1 | Redacted - Venezuela Smartmatic Affidavit 11.116.2020 | N | N | FRE 401, FRE 403, FRE 802 |
| 2 | Absentee Survey Analysis - Briggs Rpt. | N | N | FRE 401, FRE 403, FRE 802, FRE 702, FRE 703 |

# Exhibit  I

## You
### 12/24/20, 6:36 PM

We love Project Veritas and all of you!!
Tue 11:15 am

Staci is welcome to go public with her story. :).
Tue 11:22 am

*Carissa Keshel (wife of Powell witness Seth Keshel).*

\* Immeadiately after Hartwig went public, Defendant amplified his post on her Parler.

Perfect. What about mine? Or do you see mine as one and the same as Staci's?
Tue 11:34 am

Like I went to be the airport and took photos of the Korean air plane

To the
Tue 11:35 am

← Ryan Hartwig wanting to do a mass public push on Stew Peters.

As far as we are concerned you are welcome to go public with it. 
Tue 12:17 pm

From Powell's team 12/24/20 →

Hartwig was a witness in Powell's case.

Okay thanks!
Tue 8:43 pm

yes. Hope you have a great Christmas!!
Tue 9:04 pm

# Exhibit  J



**AZ Right Wing Watch**
@az_rww

Arizona Representative Kelly Townsend continues to post about election interference on her Parler.

This vague message is supposed to lead her followers down a rabbit hole to find the NEW INFO DROPS about Arizona ballots from REAL Stew Peters.

Keep that grift going.
(cont.)



Kelly Townsend  2 minutes ago · 🌐
@KellyTownsend

All I can say is Korean Air and ballots.

10:12 AM · 12/27/20 · Twitter Web App

**1** Quote Tweet  **1** Like



 **Kelly Townsend** 2 minutes ago · ⊙ 14
@KellyTownsend

All I can say is Korean Air and ballots.



\* Parler screen shot
by Right Wing Watch
in real time. Link to
Stew Peters story
recieved almost a
million views after this.

*Gregg Phillips - 2000 Mules by Dinesh DeSouza*



**Gregg**

iMessage
Wed, Jul 13, 10:39 AM

Hi Gregg, hope you are well. Back when the Korean Air incident was going on, you told me that you had used the geotracking information to geolocate where the passengers from that plane went after they left the airstrip and where they inserted the inserted ballots into the system. Was there a reason that was not included in 2000 Mules?

It seemed important at the time. In fact, I trusted you on that more than Jim Penrose since I had credibility concerns with him because of his role in the manipulation and theft of my phone.

There may be a good reason it was left out. I was just wondering if you might share.

We didn't have creative control over the movie.

# Exhibit  K



**Kelly Townsend** shared a memory.
Jul 5, 2021 · 🌐                                    •••

Calling for an audit since 2017. 😃



5 Years Ago
See your memories ›

 **Kelly Townsend**
Jul 5, 2017 · Tempe, AZ · 👥

I would like to see Arizona turn over our voter information.
I am not saying the Feds should take over our elections
but an audit is in order. #transparency

👍 Like                          💬 Comment

😊😊 Joe Shope and 46 others

Most relevant ⌄

 **Kelly Townsend**
Oct 25, 2020 · 

Rudy gave info to NY Post. Post wrote story on Hunter Biden's emails and pics on the Laptops.
Twitter, Facebook, and Google banned and censored anyone who linked to the article. Article was backed up onto a .Gov website. These big 3 banned linking to the .Gov link as well.
All 3 are in deep shit and this week face a Senate Judiciary Committee for censoring this and more.
Hunters laptop has some very serious proof of crimes from both Hunter Biden and Joe Biden.
Corroboration of this story being true has been proven, and Rush Limbaugh has shared it too.
Emails on laptops prove Bidens are owned and corrupt. Chinese Communist Party directly linked to Bidens.
After this story started appearing last week, Joe Biden decided to put a 5 day lid on their campaign and isn't campaigning atm.
This is monumental news...
Why didn't you hear of it?
Because they don't want you to!
You hear about the hundreds of kids rescued in the last two months from sex trafficking?
Hear about the hundreds of arrests for that?
News says nothing, but it's all on the US Marshall's website.
You want the truth, don't expect mainstream media to tell you any of it.
Do not share this. Copy and paste only"
Like
Comment
Share

 Like         Comment



**Kelly Townsend**
Nov 12, 2020 · 👥

• • •

FOR IMMEDIATE RELEASE
Senator-Elect Kelly Townsend calls for a recount and forensic audit of the 2020 General election.
November 12, 2020
Phoenix, AZ

The effect of the 2020 Arizona General election on voter confidence is extremely concerning, and it is of utmost importance that we act to restore the integrity of our election process. Below, please find a list of events that have occurred in our state that undermine that confidence which will erode the foundation of our democracy. The Secretary of State has already denied the Senate President's application for an independent vote count, and yet we continue to have uncertainty in the process. I will leave the fraud accusations to the courts, however I implore her to allow an independent review of the ballots at the very least, an official audit at better, or a complete hand recount at best.

Occurrences that have led to the complete collapse of voter confidence in the 2020 general election include, but are not limited to, the following:
• The conflict of interest surrounding Dominion Voting Systems used in Arizona election equipment has created irreversible doubt in election integrity.
o Bloomberg reported in 2019 that Nancy Pelosi's former Chief of Staff sat on the board of directors of the lobbying firm, Brownstein Farber Hyatt & Schreck of which Nadeam Elshami, Pelosi's former chief of staff, is one of the lobbyists on the account.
❓ https://about.bgov.com/news/voting-machine-firms-add-lobbyists-amid-election-hacker-concerns/
o The voting systems companies are privately owned and

**Kelly Townsend**
Nov 12, 2020 · 👥

···

primary that it was acceptable to cross out an incorrect vote and mark in a different vote. By statute, this is a spoilt ballot and should not be counted. The public does not have trust in the accuracy of the reported votes. Additionally, due to the mishandling of many aspects of the election, the public does not have the confidence that poll workers did not cross out their vote and write in a different candidate and it was later misappropriated in ballot adjudication.

• The Secretary of State is using the elections procedure manual to calculate the recount of the ballots, when she should use the precinct-level number, as per A.R.S. 16-602. The elections procedure manual is not supreme over the statutes, and her disregarding this fact creates doubt in the rest of the election process being secure.

• Reports of poll workers pushing the green button and overriding rejected ballots on behalf of the voter.

o By doing so, whatever caused the rejected ballot would nullify that particular race and not tabulate the vote. In the LD28 Senate race for example, the votes were close enough to create a distrust that a person's vote would count and impact a close race.

• No written or electronic receipt that a ballot was cast for day of voters, creating confusion as to whether a ballot was cast, thereby disenfranchising voters.

o The Maricopa County Director of Day of Voting Scott Jarrett communicated that the website was now updated to reflect receipt of ballots being cast when in fact it was only to verify that the voter had checked and was reflected in the poll books. This was untrue, deceptive and misleading to the voter and gave a false sense of security to the status of their ballot. Now that the accurate information has come out and been corrected, the voter is further confused and disenfranchised in the election process here in Arizona.

**Kelly Townsend**
Nov 12, 2020 · 👥

•••

primary that it was acceptable to cross out an incorrect vote and mark in a different vote. By statute, this is a spoilt ballot and should not be counted. The public does not have trust in the accuracy of the reported votes. Additionally, due to the mishandling of many aspects of the election, the public does not have the confidence that poll workers did not cross out their vote and write in a different candidate and it was later misappropriated in ballot adjudication.

• The Secretary of State is using the elections procedure manual to calculate the recount of the ballots, when she should use the precinct-level number, as per A.R.S. 16-602. The elections procedure manual is not supreme over the statutes, and her disregarding this fact creates doubt in the rest of the election process being secure.

• Reports of poll workers pushing the green button and overriding rejected ballots on behalf of the voter.

o By doing so, whatever caused the rejected ballot would nullify that particular race and not tabulate the vote. In the LD28 Senate race for example, the votes were close enough to create a distrust that a person's vote would count and impact a close race.

• No written or electronic receipt that a ballot was cast for day of voters, creating confusion as to whether a ballot was cast, thereby disenfranchising voters.

o The Maricopa County Director of Day of Voting Scott Jarrett communicated that the website was now updated to reflect receipt of ballots being cast when in fact it was only to verify that the voter had checked and was reflected in the poll books. This was untrue, deceptive and misleading to the voter and gave a false sense of security to the status of their ballot. Now that the accurate information has come out and been corrected, the voter is further confused and disenfranchised in the election

⟨ 👤 **Kelly Townsend**
Nov 12, 2020 · 👥                                    •••

process here in Arizona.

[?] Additionally, the communication happened late of Friday, November 6, 2020.  The deadline to contact the hotline in the event their ballot was not received was Tuesday, November 10th.  This was insufficient time for day-of voters to be advised and react to correct their ballot.

o Many voters reported to my office that they did not have their ballot fed into a machine but rather were told to just put it into a box, where the tabulator machines would count in central processing.  I was told that these boxes were made of wood or cardboard (depending on location) and were not secure.  The voter has no way of knowing if their ballot was securely tabulated.

• Confusion surrounding whether or not a sharpie was appropriate to use on a ballot.

o The difference between the counties, instructions to not use a sharpie, and prior election warnings against sharpies created unnecessary confusion and distrust in the process

o The poll workers did not have statutory authority to force the use of sharpies, nor did the Director of Day of Elections have the authority to order it.  This lead to further distrust in the process.

o Voters reported being forced to use specific machines in an empty polling center, with several other unused machines available.  This fueled the distrust in the process due to the actions of these poll workers.

• The current difference of votes in the 2020 General Election for United States President is 11,390 votes. Currently, there are 36,473 persons registered to vote in Arizona who are unable to establish citizenship.  The registration process is such that a person could fabricate a name and when that name is not found in the MVD system, they are then added to the Federal only voter rolls.  This lack of security leads to a major distrust in the voting

**Kelly Townsend**
Nov 12, 2020 · 👥

•••

rhetoric eroded any hope that the Secretary of State could approach Arizona's elections in a non-partisan, non-biased manner.  https://twitter.com/katiehobbs/status/897591847014473729

• The Maricopa County Republican Committee Chairperson, Rae Chornenky, failed to present at the Pre-Logic and Accuracy certification on October 6th. Considering the issues of Dominion Voting Systems, this unfortunate misstep has removed any confidence many voters had left in the election process.  This was not the position of the Republican party to not be present, and the party did not condone her inaction.  Nevertheless, this instance has further increased voter doubt due to a problematic voting system put in place in Arizona.

• Several reports came in on election day that voter centers had ran out of ink, which caused unnecessary wait times for voters who may not have been able to stay and complete their vote.  The fact that this happened in the first place erodes voter confidence that such incompetence did not bleed into other areas of the voting process.

• The unfortunate use of the word "cancelled" as an indicator as to whether or not a ballot was counted created mass confusion and distrust in the system.  Cancelled meant the former early ballot sent, however many other members of the public informed me they were not on the Permanent Early Voter List and their status went from accepted to cancelled.  There was no explanation and the voter was left outraged and confused.

Due to these irregularities, I am asking that we have a full recount of the ballot, to include a forensic audit to ensure the 2020 General election successfully counted every legal vote and rejected every illegal vote.

**Kelly Townsend** updated her status.

Dec 20, 2016 · 👥

• • •

Faithless electors:

8 electors around the country did not vote for Hillary and gave their vote to someone else.

2 electors in Texas refused to vote for Trump.

👍 Like          💬 Comment          ⊘ Send

😀😎🤮 **Tim Sanders and 49 others**

**3 Shares**

**Most relevant** ⌄

**View previous comments...**

 **Paul Brannon**
Latest I heard, the Dems are looking at impeachment proceeding against Trump, and golfing during world crisis obummer is preparing a shadow government.

The Dems surly want a civil war, don't they.

5y    Like    Reply                          1 👍

 **Paul Brannon**
Remember they are all shyster disbarred lawyers, and the have George "deep pockets" Soros as their supply titlty!

ⓘ

Lawyers are not always good, or effective,

 **Kelly Townsend**
11h · 🌐

Today I was on Mike Lindell with the following message: Please be patient with the audit results. This has been a massive endeavor and we want it to be accurate and to stand up in court. Do not get distracted with other things going on around the world, so much so that the audit is buried. The results will come, and we will need to make assessments as to how to move forward with the information we get. Accuracy over speed, folks. AZ is paving the way for our patriots in the other states.

Fight hard,
K.

 Like           Comment           Share

 Jeff Serdy and 75 others

**8 Shares**

 **Tim Sanders**
We're impatient Kelly because we want to know the outcome, we know it's going to be favorable.

11h   Like   Reply

ⓘ **Shelly Wasko**
God bless you. I appreciate you and the others that actually represent the people. 🖤 👏 🇺🇸

10h   Like   Reply 



**Kelly Townsend**
17h · 🌐

It was a great celebration today, thanks to KayRee Benson Kubat! Thank you!  #29



↑
Kelly
Townsend

↑
Kay Ree
Zubat

↑
Behizy

↑
Liz
Harris

↑
Micheal
Gravlak

 **Kelly Townsend**
May 5, 2011 · 👥

# What are your thoughts on the new AZ State Militia?

 Like        💬 Comment         Send

 **5**

˅

**View previous comments...**

 **Kelly Townsend**
I just came across this from the Oath Keepers - it is long, but very good.  http://www.youtube.com/watch?v=aAh8Eoq9QDM&feature=player_embedded Regarding the militia.

11y    Like                                              1 

 **David Harris**
Thanks.

11y    Like

 **Kelly Townsend**
Regarding the State Militia, here is an article: http://www.timesunion.com/news/article/Ariz-governor-signs-bill-to-authorize-state-guard-1357477.php

11y    Like

 **Kelly Townsend**
It takes 90 days from the time the session
adjourned before this can go into effect

 **Josh Gray**
@jpgftw

Follow ⌄

# How many #OathKeepers do we know in #Arizona? I'll start: @KellyTownsend11 twitter.com/insidernews/st...



**Senator-Elect Kelly Townsend**

@KellyTownsend11

AZ State Senator-Elect, LD16.  Veteran, Author, Constitutionalist, Oathkeeper.

1:33 PM · 17 Jan 2021

**66** Retweets  **94** Likes    

💬 18        ⟲ 66        ♡ 94



**Kristin sends Tots & Pears** @... · 1/20/21

Replying to @MichelMarizco
@BorderReporter and @KellyTownsend11

Yes, Oathkeeper Kelly Townsend has deleted her twitter



@KellyTownsend11 does not exist

Try again

💬          ↩ 1          ♡ 6          ↑



**Rebecca** 🇺🇸 @RebeccaforAZ · 1/19/21
Uh oh @WendyRogersAZ @RepAndyBiggsAZ
@kellytownsend11, the cops got your leader
😬 I hope they get you next.

> 🖼 **Harry Litman** ✔ @harrylit... · 1/19/21
> Federal conspiracy charge against
> Edward Caldwell, a leader of the Oath
> Keepers.  First one.  Now we're getting
> somewhere.  And if you think about, if
> he's part of a conspiracy, it must be a b...

💬 5          ⟲ 10          ♡ 45          ⬆

WWW BROADCAST
NETWORK



# Sidney Powell on Maricopa County Audit, and the 2006 DOD Patent on Technology to Flip Votes

By Brannon Howse, 25 September, 2021



# Exhibit  L

SENSITIVE SECURITY INFORMATION

**Transportation Security Administration**

TSOC Incident Monitor Report
TSOC #: TSA-11-20324-20
8/6/2022 9:16:57 AM

Title: Suspicious Individual at Phoenix (PHX)

Significant: ☐ Yes  ☑ No

Incident Status: Completed

## Summary

**Summary**

- Sunday, 11/08/2020, PHX – Phoenix Sky Harbor International
- Phoenix Airport Operations (AO) notified PHX TSA that they received a telephone call from an alleged DHS Agent who identified himself as ▮▮ and provided a call back number
- ▮▮ stated that there was unknown contraband onboard Swift Aviation Flight HL8230, operating as KAL 9014 (PHX-SEA)
- The Swift Aviation aircraft was located off airport property at the hanger, near the CBP Offices and FedEx shipping center, on the General Aviation side of PHX airport near 2710 East Old Tower Road, Phoenix, AZ
- AO reported they attempted to reach out to ▮▮ with the phone number he provided, but when ▮▮ answered the phone he hung up
- Phoenix Police responded to the Swift Aviation hanger area, determined that KAL 9014 had departed and located two Citizen Journalists
- LEOs interviewed the Citizen Journalists who stated that they were concerned because KAL 9014 was a Korean Airlines Aircraft and carrying fraudulent ballots onboard the aircraft
- LEOs determined that the call was fake and the information was a non-credible
- PHX TSA notified their AFSD-LE of the incident who will update TSOC when further information becomes available
- PHX TSA further stated it is unknown if KAL 9014 will be reverse screened upon arrival at SEA
- Korean Air Lines Co. Ltd. #9014 (PHX-SEA)
- Individual ▮▮ LEO NCIC unknown; Not Located; ▮▮▮▮▮▮▮▮▮
- TSOC notified NOC SWO

**Coordination Center Notification Section**

Date/Time Review Due: 11/08/2020 02:58    TSOC Team Lead: Jason Roberts

Report Status: Review Complete with Comments

**PHX Notification Section**

Review Complete: ☑ Yes  ☐ No    Airport Approval POC: MCCO Emily Price

Airport Comments: No Comments

## Details

**Recorder(s)**

Date/Time (E/T): 11/08/2020 00:49:23    Primary: Werner Arnold    Phone #: 571354▮▮

**Incident Details**

Date/Time (E/T): 11/08/2020 00:45:09    Type: Aviation

WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520. No part of this record may be disclosed to persons without a "need to know", as defined in 49 CFR parts 15 and 1520, except with the written permission of the Administrator of the Transportation Security Administration or the Secretary of Transportation. Unauthorized release may result in civil penalty or other action. For U.S. government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

< ◉ **Marco Trickovic** @                    ◻️◢   📞

The audio has him admitting he
brought illegal ballots to the
tabulation center. That was the
smoking gun to get a warrant right
away and secure the facility. Thats
why they wanted it. Now they moved
on and told us to back away so they
can do what they do. They have my
audio from today even though he
detracts from what he stated the
other night. Doesn't matter anymore.
Its a dead case. They needed that
within a certain time period. We will
lose in Arizona going forward. I guess
they are right. Doesn't really matter
anymore. I put my family in danger for
nothing really. You put yourself in
danger for nothing. Its not worth it in
the end. I wish I never would have
gotten the tips I had about the plane
and all of it. I'm going to just focus on
figuring out how to best secure my
family and stop with this stuff going
forward. Not worth it.

Nov 18, 2020 4:49 AM

> My point was Sommer heard
> everything. She is in a much bett
> position to protect herself and she

                                        ⌄

 **Marco Trickovic** ⓪

they are right. Doesn't really matter anymore. I put my family in danger for nothing really. You put yourself in danger for nothing. Its not worth it in the end. I wish I never would have gotten the tips I had about the plane and all of it. I'm going to just focus on figuring out how to best secure my family and stop with this stuff going forward. Not worth it.

Nov 18, 2020 1:49 AM

My point was Sommer heard everything. She is in a much better position to protect herself and she could have sent an affidavit. She didn't want to put her family at risk either.

I told her get her affidavit over to them. She has a husband and they have two people and guns (that they know how to use).

Nov 18, 2020 1:53 AM ⓥ

I get it. Again its all good. I need to wake up early. You should try and get some rest as well.

Nov 18, 2020 1:54 AM

# Exhibit  M

Matt
Forwarded Message
From: Patrick M. Byrne (Patrick Byrne)



BOMBSHELL! Chinese Whistleblower Releases Video and Pho
of Counterfeit Ballot Printing Operations
Just when you thought you'd heard nearly all there is to hear
regarding the election fraud, there's more. Now, it's being re

 **Snowcrash**
@snowcrash395

Replying to @Unaffraid1 and @PatrickByrne

That small Korean Airlines jet, HL8230, had just been in Hanoi before going to AZ. @vialoysia uncovered a ballot counterfeiting in Guandong Province, southern China, not that far from Hanoi.

1:25 PM · 1/1/21 · Twitter Web App

**7** Retweets  **11** Likes

      

# Exhibit  N

November 9, 2020
12:42 PM

<

away in storage where they will stay for all eternity.. I was very surprised at how flakey this

system works and I'm absolutely sure that it's possible to "rig" this election. However, sharpies are not the problem as I stated before. They don't get canceled, and they aren't always sent to us and when they are, we look them over and confirm they are correct.
I've considered opening up about my experience in that office to someone who can do something about because it's very flawed and it would not surprise me at all if Biden-supporters were changing votes and being sneaky because that's just how they've showed us that they play.
I'm willing to answer any other questions about how that system works although I was also told to not speak about what happens in that room. I believe as Americans we all have a right to know what's going on behind those doors.

21m   Like   Reply

 1

Replying to **AbbeyandElijah Merwin** · Cancel



November 9, 2020

12:41 PM

Edit

about our votes and is willing to pay 45 people to sit in a room for 49 hours a week at 12/hr (that's almost $27,000) to correct a vote that someone didn't read the instructions to fill in. Our job is necessary. But it is flawed and not a very secure system.

14m    Like    Reply                    1

    **Kathy Groebner**
**Babette Marr** I agree people are very upset as well as I am and I think that it's sad I agree that there has been some corruption we just have to be careful not to take it out on everyone.
I understood your point as well as I understood hers I tried to ask I have been berated consistently on my feelings of this election which are very similar to yours and it makes me angry but love beats out anger everyday and God will prevent even if it means he comes and takes me today.

9m    Like    Reply                    1

Replying to **AbbeyandElijah Merwin** · Cancel