November 9, 2020
12:41 PM
Edit

9m    Like    Reply     1


**AbbeyandElijah Merwin**
I want to also note that I stopped going into this office. I saw the flawed system and want no part of it. I think many of you are right about calling the voter, although that would take much longer but would probably be a better solution to avoid conflict, however you still have no power over who actually click the button or who you're talking to on the phone. The point is, someone either fixes it and counts the vote, or you lose your vote for that race. Like I said, it's a flawed system and it's definitely possible that Biden is not the true winner of this election.

8m    Like    Reply     2


**Staci Burk**
I do appreciate your comments Abbey. Thank you. 🩶

Just now    Like    Reply

Replying to **AbbeyandElijah Merwin** · Cancel    

November 9, 2020
12:42 PM

<

Edit

 **AbbeyandElijah Merwin**
**Staci Burk** to answer your comment.. we also got ballots that were marked incorrectly with pens and pencils and all sorts of incorrect markings.. my point was that they do not "invalidate" the vote or cancel the ballot. It simply has to be double checked.

As for the other part, I am a republican and the way that the office work is that a republican and a Democrat sit together in front of a computer to adjudicate the ballots. I will admit that this is a very flakey system as I am not technically registered as a republican and they took it from word of mouth. All they asked for was my id and social and made copies and I was hired. They are able to mark and unmark any vote on the ballot which they are not supposed to unless it was clearly the voters intent. That's where morals come in. So you can lie to get sat with a person of your same

Replying to **AbbeyandElijah Merwin** · Cancel

November 9, 2020
12:42 PM

Edit

republican and they took it from word of mouth. All they asked for was my id and social and made copies and I was hired. They are able to mark and unmark any vote on the ballot which they are not supposed to unless it was clearly the voters intent. That's where morals come in. So you can lie to get sat with a person of your same party.. also any edited markings on each ballot are all tallied on a report at the end of the night and both people have to go down the report to ensure it is matches what they were writing down on a paper themselves, although they usually have one person with the report and one person with the written on paper. I can guarantee that this system is not secure and votes can easily be changed by the click of a button. The people who run the office do not check the reports at the end of the night, we simply sign them and put them away in storage where they will stay for all eternity.. I was very

Replying to **AbbeyandElijah Merwin** · Cancel

# Exhibit  O

November 10, 2020

3:47 PM

Edit



# Exhibit  P



useless.  I will not be a part of that.

42m    Like    Reply



**Kelly Townsend**

Somer D Mosier oh, and who are you?  The person who put Staci Burk in danger by bringing the dangerous Scott Koch to her house and now she is under 24 hr surveillance because of it.  Who ARE you, anyway?

40m    Like    Reply                              1 



Somer Mosier is AKA Somer Tolley

**Janet Delear**

Kelly Townsend we are doing everything we can, and it's been a

Replying to **Somer D Mosier** · Cancel

# Exhibit  Q

Notice by Affidavit

Comes now Affiant, Steve Daniels, one of the people (as seen in the Arizona Declaration of Rights Article 2 Section 2 Arizona Constitution) Sui Juris, in this court of record, do make the following claims:

I was at the Maricopa County Tabulation Center on/or about November 9th, 2020 – at which time I witnessed a conversation taking place between a man who I recognized as Scott Koch, and 2-3 men standing on the other side of the "free speech" barrier that had been erected in the parking lot. Arizona Senator Elect Kelly Townsend noticed this conversation taking place as well, and made a comment to the effect of, "I wonder who those guys are," I told her I recognized one of the men and would go find out. I approached the man I knew to be Scott Koch, and said a friendly "hello," and asked if those guys he was talking to were "poll workers," he responded that no, they were "private security contractors," and that the gentlemen in the middle was the owner, and that he (Scott) was working for that company now. I acknowledged this, and made some other little small talk for a minute or so, then returned to give the news to Ms. Townsend. I didn't think much of it at the time, but I did find it curious that they had "private security" at the Tabulation Center, when the Maricopa County Sheriff's has been providing security that entire week prior.

Any man or woman who denies these claims are true must rebut them under penalty of perjury in the form of a sworn affidavit. Any man or woman who decides to suppress this affidavit agrees to pay $30,000 and any disputes by any public officials or private actors who are bound by contract to the Arizona Constitution agrees to have these matters heard before an Arbitrator of my choice. Any man or woman denying these claims are true must rebut these claims point by point within (3) days (72 hrs). Failure to respond means that by acquiescence you agree that all claims are true.

Verification

I hereby declare, certify and state, pursuant to the penalties of perjury under the laws of the United States of America, and by the provisions of 28 USC § 1746 that all of the above and foregoing representations are true and correct to the best of my knowledge, information and belief.

Executed in _PHOENIX_____, Arizona on this _17___ day of November in the Year of Our Lord Two Thousand and Twenty.

Autograph of Affiant:

Notary as JURAT CERTIFICATE

_____State                }
_____County              }

On this _____ day of November, 2020 (date) before me, _____, a Notary Public, personally appeared _____ Name of Affiant, who proved to me on the basis of satisfactory evidence to be the man whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his autograph(s) on the instrument the man executed, the instrument.

WITNESS my hand and official seal.

Signature of Notary / Jurat _____
                                         seal

# Exhibit  R





# FLORENCE POLICE DEPARTMENT
Officer Report for Incident F20120900

COPY

| | | |
|---|---|---|
| **Nature:** SUSPICIOUS VEH | **Address:** ▮▮▮▮▮ | |
| **Location:** FPC | ▮▮▮▮▮ | |

**Offense Codes:**

| | | |
|---|---|---|
| **Received By:** N CALOMINO | **How Received:** T | **Agency:** FLPD |

**Responding Officers:**

| | |
|---|---|
| **Responsible Officers:** C BYRNE | **Disposition:** CLO 12/26/20 |
| **When Reported:** 19:16:06 12/25/20 | **Occurred Between:** 19:16:00 12/25/20 and 19:18:19 12/25/20 |

| | | |
|---|---|---|
| **Assigned To:** | **Detail:** | **Date Assigned:** **/**/** |
| **Status:** | **Status Date:** **/**/** | **Due Date:** **/**/** |

| | | |
|---|---|---|
| **Complainant:** 3676102 | | |
| **Last:** CHICHESTER | **First:** RICHARD | **Mid:** JAY |
| **DOB:** 03/15/56 | **Dr Lic:** S76320835 | **Address:** 212 CAPT WHITNEY RD |
| **Race:** **Sex:** M | **Phone:** (413)347-2748 | **City:** BECKET, MA 01223 |

Alert Codes:

## Offense Codes
| | |
|---|---|
| **Reported:** | **Observed:** SUSP SUSPICIOUS ACTIVITY:3 |
| **Additional Offense:** SUSP SUSPICIOUS ACTIVITY:3 | |

## Circumstances
LT13 HIGHWAY/ROAD/ALLEY

| **Responding Officers:** | **Unit :** |
|---|---|
| C BYRNE | F1347 |
| DA BANKS | FC898 |

| | | |
|---|---|---|
| **Responsible Officer:** C BYRNE | **Agency:** FLPD | |
| **Received By:** N CALOMINO | **Last Radio Log:** **:**:** **/**/** | |
| **How Received:** T TELEPHONE | **Clearance:** CRT CLRD BY RESP OFC, REPORT TAKEN | |
| **When Reported:** 19:16:06 12/25/20 | **Disposition:** CLO **Date:** 12/26/20 | |
| **Judicial Status:** | **Occurred between:** 19:16:00 12/25/20 | |
| **Misc Entry:** | **and:** 19:18:19 12/25/20 | |

| | | |
|---|---|---|
| **Modus Operandi:** | **Description :** | **Method :** |

05/04/22

COPY

## Involvements

| Date | Type | Description | |
|------|------|-------------|---|
| 12/25/20 | Name | GRIFFIN BURK, STACI K | MENTIONED |
| 12/25/20 | Name | CHICHESTER, RICHARD JAY | Complainant |
| 12/25/20 | Cad Call | 19:16:06 12/25/20 SUSPICIOUS VEH | Initiating Call |

05/04/22



## Narrative



Miscellaneous Incident Investigation Narrative

1. Incident Description: Suspicious Vehicle

2. Premises location and description: ██████████████████████████.
██████

3. Other information: F20120900

4. Date, time, reporting officer: 12/15/2020, 1916 hours, C. Byrne #1347

On 12/25/2020 at approximately 1916 hours, I was dispatched to ██████
██████████. in reference to suspicious vehicle. Prior to arrival, dispatch
porting party Richard Chichester (DOB 03/15/1956), called on
behalf of Staci Griffin Burk (DOB 06/15/1973). He stated there was two black
suv's followed Ms. Griffin Burk home at approximately 1500 hours. Mr. Chichester
would like Police to conduct more patrols around the home.

Upon arrival, I spoke with Mr. Chichester, he stated he is with Ms. Griffin Burk
security team. He stated Ms. Griffin Burk and another security co-worker where
out shooting at the range on Price road. At approximately 1500 hours,
two black suv showed up watching them. Once Ms. Griffin Burk left the two suv's
followed, one suv turned right onto highway 79 to go northbound and the other
followed her. Mr. Chichester stated they circle a bit and lost the vehicle
before going to Ms. Griffin Burk home. Mr. Chichester stated they did not get
any of the license plates, but saw there was a white male driving with tattoos
on his right arm, wearing a red t-shirt.

Mr. Chichester said once they got home Ms. Griffin Burk cell phone sim card was
hacked. Mr. Chichester stated the person sent out an e-mail from Ms. Griffin
Burk phone stating "shoot you in the head" to approximately 20 other people's
e-mails. Mr. Chichester stated they do not know the other people nor did Mr.
Griffin Burk send the e-mail out.

Mr. Chichester stated he would like the Police to conduct more patrols around
Ms. Griffin Burk home. Mr. Chichester did not need any further law enforcement
assistance.

Closed NFI

Byrne #1347

Responsible LEO:

Approved by:

05/04/22

COPY

_____

Date


## Name Involvements:

**Complainant :** 3676102

| | | | |
|---|---|---|---|
| **Last:** CHICHESTER | **First:** RICHARD | **Mid:** JAY | |
| **DOB:** 03/15/56 | **Dr Lic:** S76320835 | **Address:** 212 CAPT WHITNEY RD | |
| **Race:**     **Sex:** M | **Phone:** (413)347-2748 | **City:** BECKET, MA 01223 | |

**MENTIONED :** 3523436

| | | | |
|---|---|---|---|
| **Last:** GRIFFIN BURK | **First:** STACI | **Mid:** K | |
| **DOB:** ▓▓▓▓▓ | **Dr Lic:** ▓▓▓▓▓ | **Address:** ▓▓▓▓▓▓▓▓▓ | |
| **Race:** W    **Sex:** F | **Phone:** (480)343-4518 | **City:** ▓▓▓▓▓▓▓▓▓ | |

05/04/22



**Exhibit S**

 **Kelly Townsend**
January 12 at 4:37 AM · 

I hate to say this but it appears that Staci Burk has gone missing. If anyone knows of her whereabouts, please let me or law enforcement know.

👍 Like                              ↗ Share

 **78**

14 Shares

**View previous comments...**

 **Tyler Uggla**
Her last post 😲

on Tue    Like    More

 **Arizona Debra**
Praying

on Tue    Like    More

< **Y** **Yoda** @

I'm assuming 1800 or Chi got the phone to Penrose (since it disappeared right when Penrose wanted it), and since no one from the team seems to be concerned about the safety aspect of OPSEC given that that phone contained photos of all the guys out here, video footage, etc. And all team members emails (since I added them to the Arlo system using emails)... and the recordings on the phone of Sidney Powell, Mike Flynn, Jim Penrose, etc. As well as other recordings that are SAP. I seem to be the only one concer...

Read More                    Jan 11 1:29 AM

Missed call · Jan 11 5:02 AM

You called Yoda · Jan 11 7:09 AM

Yoda called you · Jan 11 7:12 AM

*  1/11/21

**Call Back**



January 11
1:01 PM

Edit

◎ LIVE ⌄

*Police Closed
to walk-Ins
due to COVID
1/11/21





Due to COVID-19, we are **NOT** taking any <u>walk-in</u> appointments at this time.

**If you need to speak to FBI Personnel immediately please call (310) 477-6565**

For an Emergency please Call 911 or your Local Police Department

\* FBI closed to walk-ins
due to COVID

# Exhibit  T



*Credit: Maricopa County Board*

**Maricopa County sent Arizona state senators this image of a trailer full of 2020 ballots ready to be shipped for an election audit.**





# Exhibit  U



Kelly ›





Said Hickman farms fire happened before or after you guys announced That you found these

Sun, Mar 7, 1:05 AM



**BREAKING: FBI Involved In Election Fraud!**

usadramalert.com

Sun, Mar 7, 2:16 AM

That's so crazy! Just read about the Hickman fire

posted 3/21

🏴 🏴 🏴 Sidney Powell  ☆ ☆ ☆

Lots of similarities between GA and AZ!!  The more fraud us exposed and the closer anyone gets to a real investigation, the more there are strange acts of violence, destruction and death. GA Senator Kelly Loeffler murdered in fireball car "wreck."  Lead GBI investigator of that killed in "suicide" within a few days.  Lots of shredded ballots hauled off by Dominion. Shots fired into investigators home.

Now #AZ just before real ballot audit will uncover hundreds of thousands of bogus ballots, load of shredded ballots found in dumpster and mysterious fire at am officials farm.

#WeThePeople know fraud when we see it!!!
WOW                 👁 40.4K S P, 10:07 PM

 758 Comments                    

Affiant Signature:

I, James Allan Curtis, certify that I am over 18 and competent to testify. I declare under penalty of perjury that the following facts are true and correct to the best of my knowledge;

1. On March 6, 2021, I was on speakerphone with Earl Shafer (Shafer), Staci Burk (Burk), and Steve, a man identifying himself as Shafer's friend, when they found a bag of shredded material in a dumpster. Burk noticed the shredded material in a plastic bag and called Shafer to help retrieve the material from the dumpster.

2. Later that evening, I participated in a conference call with Shafer and Burk. They both stated the bag contained shredded ballots and other shredded election documents. This was visually verified at the discovery site. It was further verified, by Shafer who reconstructed parts of documents from the shreds and attached them to a board with help from is wife and Steve and his wife. This was confirmed by statements Shafer made, live video chat, and pictures Burk said she took and then forwarded to me. Shafer maintained control of the bag and its contents at his house until he pieced some shreds together.

3. During the call, we discussed needing to safeguard the shredded materials. Shafer stated he did not trust the authorities. The need and means of protecting the shredded documents was openly discussed. Both of Shafer and I discussed maintaining positive control based in part on common experience in the Marine Corps; we discussed military protocols and procedures for securing property. Shafer stated that I should secure the property in a neutral location. I agreed along with Burk.

4. Later that day, we discussed the need to leave Arizona because the shredded documents were attracting attention resulting in threats being made to Burk and Shafer. An individual was identified who would transfer the shredded documents to me. Burk also told me Shafer's daughter encouraged Burk and Shafer to leave Arizona because Senator Borelli indicated Burk and Shafer were at risk, in a call that Shafer's daughter recorded where the Senator states their lives were at risk.

5. Burk confirmed the handoff of the documents with the other individual as I was on the phone with her when they had delivered them, and again as Shafer and Burk met together with the individual at Shafer's house.

6. Thereafter, I spoke with Burk and Shafer again once they stated they were at a hotel in California. Shafer confirmed the shredded documents remained with the other individual when he and Burk left Arizona together.

7. After this call, I spoke with Shafer's daughter. She told me she was afraid her dad would be arrested because officials were saying he tried to break in the election center. She said there was photographic proof of Shafer attempting to break in the election center and the only thing she cared about was making sure her dad did not go to jail. She advocated turning the shredded documents over to private citizens instead of giving them to officials charged with handling and investigation or court directed legal process.

8. I received a call from the Arizona individual Burk and Shafer gave the bag to and provided my address to said individual so that the contents could be sent to me and secured as Shafer and Burk previously discussed with me, which I agreed upon prior to Burk and Shafer leaving Arizona.

9. Once I received the shredded materials, I visually inspected the contents with Burk. I maintained the security of the contents pending a formal request from a Court or other lawful authority since that time.

FFICIAL STAMP
CA SUE BAHAM
Y PUBLIC-OREGON
ISSION NO.966536
PIRES APRIL 17. 2023

# Exhibit  V





\* 11/21/20 attempted break-in.



# FLORENCE POLICE DEPARTMENT
Officer Report for Incident F20110702

COPY

| | | |
|---|---|---|
| **Nature:** SUSPICIOUS-PERS | | **Address:** ▮▮▮▮▮▮▮ |
| **Location:** FPC | | ▮▮▮▮▮▮▮ |

| | | |
|---|---|---|
| **Offense Codes:** | | |
| **Received By:** C CASSINELLI | **How Received:** 9 | **Agency:** FLPD |
| **Responding Officers:** | | |
| **Responsible Officers:** C LINDEROTH | **Disposition:** CLO 11/22/20 | |
| **When Reported:** 20:25:10 11/21/20 | **Occurred Between:** 20:25:00 11/21/20 and 20:25:57 11/21/20 | |

| | | |
|---|---|---|
| **Assigned To:** | **Detail:** | **Date Assigned:** **/**/** |
| **Status:** | **Status Date:** **/**/** | **Due Date:** **/**/** |

| | | |
|---|---|---|
| **Complainant:** 3523436 | | |
| **Last:** GRIFFIN BURK | **First:** STACI | **Mid:** K |
| **DOB:** ▮▮▮▮ | **Dr Lic:** ▮▮▮▮▮ | **Address:** ▮▮▮▮▮▮▮ |
| **Race:** W       **Sex:** F | **Phone:** (480)343-4518 | **City:** ▮▮▮▮▮▮ |
| **Alert Codes:** | | |
| ▮▮▮▮▮▮▮ | | |

## Offense Codes
| | | |
|---|---|---|
| **Reported:** | | |
| | **Observed:** SUSP SUSPICIOUS ACTIVITY:3 | |
| **Additional Offense:** SUSP SUSPICIOUS ACTIVITY:3 | | |
| **Additional Offense:** TRES TRESPASSING:4 | | |

## Circumstances
LT20 RESIDENCE/HOME

| **Responding Officers:** | **Unit :** |
|---|---|
| I MACFIE | FC1320 |
| C LINDEROTH | FS04 |
| C BYRNE | F1347 |

| | | |
|---|---|---|
| **Responsible Officer:** C LINDEROTH | **Agency:** FLPD | |
| **Received By:** C CASSINELLI | **Last Radio Log:** **:**:** **/**/** | |
| **How Received:** 9 911 LINE | **Clearance:** CRT CLRD BY RESP OFC, REPORT TAKEN | |
| **When Reported:** 20:25:10 11/21/20 | **Disposition:** CLO Date: 11/22/20 | |
| **Judicial Status:** | **Occurred between:** 20:25:00 11/21/20 | |

05/04/22

COPY

| Misc Entry: | | | and: 20:25:57 11/21/20 |
|---|---|---|---|

| **Modus Operandi:** | | **Description :** | | **Method :** |

## Involvements

| Date | Type | Description | |
|---|---|---|---|
| 11/22/20 | Name | WILSON, SHAWN CHRISTOPHER | INVOLVED |
| 11/21/20 | Name | GRIFFIN BURK, STACI K | Complainant |
| 11/23/20 | Cad Call | 09:19:36 11/23/20 FOLLOW UP | RELATED IC |
| 11/22/20 | Cad Call | 23:59:00 11/21/20 FOLLOW UP | RELATED IC |
| 11/21/20 | Cad Call | 20:25:10 11/21/20 SUSPICIOUS-PERS | Initiating Call |

05/04/22

COPY

## Narrative

Miscellaneous Incident Investigation Narrative

1. Incident Description: Suspicious Person

2. Premises location and description: ███████████████████████.

3. Other information: F20110702

4. Date, time, reporting officer: 11/21/20, 2025 Hours, Linderoth #937

On 11/21/20 at approximately 2025 hours, I responded to ███████████████ reference a subject in the backyard of the residence. Further information was that the reporting party; Staci Griffin-Burk observed the subject in the back yard via her security camera.

Upon arrival, an exterior check of the residence was conducted. I did not locate anyone on the property other then Ms. Griffin-Burk.

Ms. Griffin-Burk was able to show me the rear security camera footage which showed a slender built person wearing a hooded sweet shirt running through the yard on the west side of the residence. It appeared that the subject fled over the back fence prior to my arrival.

Ms. Griffin-Burk explained to me that she has been dealing with security issues at the residence due to her knowledge of criminal activity. Furthermore, she was in contact with the federal government about the criminal activity and that she had a security contractor en route to the residence. Ms. Griffin-Burk was very upset and explained that she felt her life was endanger. To the extent that she stated "I do not want to harm myself and I want you to document that in your report".

There was no signs of criminal activity in the yard, except two chairs had been moved against the exterior wall on the west side. Ms. Griffin-Burk stated the chairs had not previously been there and that she believed they had been moved by the unidentified person.

While speaking with Ms. Griffin-Burk, Ofc. Macfie and Ofc. Bryne canvassed the surrounding area to include the wash located directly behind the residence. No one was found at that time, nor was there any signs of criminal activity located.

Upon the security contractor; Shawn Wilson arriving on scene I advised Ms. Griffin-Burk to contact the police if any further issues were discovered.

Closed. NFI

Linderoth #937

**Responsible LEO:**

COPY

Approved by:

Date

05/04/22



## Supplement

On 11/21/2020 at approximately 2358 hours, I was dispatched to ███████ ███████████ in reference to a follow up. Prior to arrival, Florence dispatched advised the reporting party; Sean Wilson stated there was blood on the bush where the subject jumped from.

Upon arrival, I made contact with Mr. Wilson, he stated there was blood on a bush in the neighbor's yard. The neighbor gave him permission to enter the property. When I went over to look at the blood on the bush, the bush was located under a tree. I saw that the tree was dripping sap and hitting the leaves on the bush causing it to look like blood.

Closed NFI
Byrne #1347



## Name Involvements:

**INVOLVED :** 3553383

| | | | | | |
|---|---|---|---|---|---|
| **Last:** | WILSON | **First:** | SHAWN | **Mid:** | CHRISTOPHER |
| **DOB:** | 03/19/72 | **Dr Lic:** | D09169877 | **Address:** | 1298 E BRENDA DR |
| **Race:** | **Sex:** M | **Phone:** | (240)603-0045 | **City:** | CASA GR (CITY), AZ 85122 |

**Complainant :** 3523436

| | | | | | |
|---|---|---|---|---|---|
| **Last:** | GRIFFIN BURK | **First:** | STACI | **Mid:** | K |
| **DOB:** | 06/15/73 | **Dr Lic:** | B11673696 | **Address:** | ██████████ |
| **Race:** | W    **Sex:** F | **Phone:** | (480)343-4518 | **City:** | ██████████ |

05/04/22



# FLORENCE POLICE DEPARTMENT
Officer Report for Incident F20110364

COPY

| | |
|---|---|
| **Nature:** SUSPICIOUS-PERS | **Address:** ▆▆▆▆▆ |
| **Location:** FPC | ▆▆▆▆▆ |

**Offense Codes:**
**Received By:** N CALOMINO          **How Received:** T          **Agency:** FLPD
**Responding Officers:**
**Responsible Officers:** W FOSTER          **Disposition:** CLO 11/10/20
**When Reported:** 19:54:16 11/10/20          **Occurred Between:** 19:53:24 11/10/20 and 19:53:24 11/10/20

**Assigned To:**          **Detail:**          **Date Assigned:** **/**/**
**Status:**          **Status Date:** **/**/**          **Due Date:** **/**/**

**Complainant:** 3523436
**Last:** GRIFFIN BURK          **First:** STACI          **Mid:** K
**DOB:** ▆▆▆▆          **Dr Lic:** ▆▆▆▆          **Address:** ▆▆▆▆▆
**Race:** W          **Sex:** F          **Phone:** (480)343-4518          **City:** ▆▆▆▆▆
Alert Codes:
▆▆▆▆▆

## Offense Codes
**Reported:**          **Observed:** SUSP SUSPICIOUS ACTIVITY:3
**Additional Offense:** SUSP SUSPICIOUS ACTIVITY:3

## Circumstances
LT20 RESIDENCE/HOME

**Responding Officers:**          **Unit :**
W FOSTER          FC1073

**Responsible Officer:** W FOSTER          **Agency:** FLPD
**Received By:** N CALOMINO          **Last Radio Log:** **:**:** **/**/**
**How Received:** T TELEPHONE          **Clearance:** CRT CLRD BY RESP OFC,
                                                   REPORT TAKEN
**When Reported:** 19:54:16 11/10/20          **Disposition:** CLO **Date:** 11/10/20
**Judicial Status:**          **Occurred between:** 19:53:24 11/10/20
**Misc Entry:**          **and:** 19:53:24 11/10/20

**Modus Operandi:**          **Description :**          **Method :**

05/04/22

COPY

## Involvements

| Date | Type | Description | |
|---|---|---|---|
| 11/10/20 | Name | GRIFFIN BURK, STACI K | Complainant |
| 11/10/20 | Cad Call | 19:54:16 11/10/20 SUSPICIOUS-PERS | Initiating Call |

05/04/22

COPY

## Narrative

Miscellaneous Incident Investigation Narrative

1. Incident Description: Suspicious Persons

2. Premises location and description: ████████████████████████
████ [ ADDRESS NEEDS REDACTION / ADDRESS PROTECTION PROGRAM]

3. Other information: F20110364

4. Date, time, reporting officer: 11/10/2020, 1954 hours, W. Foster #1073

On the above date and time, I responded to the above address in reference to suspicious persons. I arrived on scene and made contact with the reporting party Staci Griffin.

Ms. Griffin advised that on 11/09/2020 at approximately 1700 hours two subjects arrived at her front door. Subject 1 was a white male, approx. 20-30 years old, dark hair, and he was wearing a dark hat, gray/black polo, and glasses. Subject 2 was a white male, approx. 20-25 years old, brown hair, and he was wearing a blue hat, gray t-shirt., dark long-sleeve collared shirt, and blue jeans.

Both subjects approached the door with their hats pulled down. As they approached the door, Subject 1 had his phone in his right hand and a piece of paper in his left. He was typing something into his phone while also appearing to use the piece of paper as a guide. Subject 2 stood further away from the door but was also on his phone. The subjects never attempted to knock or use the doorbell.

Ms. Griffin told me that she was watching the subjects on her phone when her cameras stopped working. She told me she reset them, but when she tried to log back in, she was met with a message stating "Verification method already exists". She told me she went to get a firearm from her bedroom and when she returned the subjects were gone. She stated she had to do a hard reset of her camera system to gain access again.

Ms. Griffin provided additional information, however she requested to keep this information confidential.

I advised her we would increase patrols in the area and to call the police department if there was any other suspicious activity.

This incident is closed.

Officer W. Foster #1073    Wed Nov 11 05:43:18 MST 2020

Responsible LEO:

05/04/22

Approved by:

Date



## Supplement

```
DR#: F20110364                  WRITTEN BY: D. Banks #898
SUPPLEMENT #1
```

NARRATIVE:
This supplement is created because, I was dispatched to a suspicious call
today (11/12/20) in reference to this report (reference IC# F20110364 for
further information).

   Mrs. Staci Griffin Burk was reporting that her cameras went out again earlier
today.  She said it turned back on again a short time later.  She wanted us to
be aware.  I told her that we would be continuing the increase in patrols.


End of supplement.

COPY

## Name Involvements:

Complainant : 3523436

| | | |
|---|---|---|
| **Last:** GRIFFIN BURK | **First:** STACI | **Mid:** K |
| **DOB:** ▉▉▉▉ | **Dr Lic:** ▉▉▉▉ | **Address:** ▉▉▉▉ |
| **Race:** W     **Sex:** F | **Phone:** (480)343-4518 | **City:** ▉▉▉▉ |

05/04/22



**KELLY TOWNSEND**
1700 WEST WASHINGTON, SUITE H
PHOENIX, ARIZONA 85007-2844
CAPITOL PHONE: (602) 926-4467
CAPITOL FAX: (602) 417-3014
TOLL FREE: 1-800-352-8404
ktownsend@azleg.gov

DISTRICT 16

### Arizona House of Representatives
### Phoenix, Arizona 85007

**COMMITTEES:**
FEDERALISM & STATES' RIGHTS
CHAIRMAN
CHILDREN & FAMILY AFFAIRS,
GOVERNMENT & HIGHER
EDUCATION

JOINT LEGISLATIVE AUDIT
COMMITTEE

February 25, 2016

To Whom It May Concern,

It is my great pleasure to write this letter in support of Ms. Staci Griffin-Burk's application to your esteemed university.

I was given the opportunity to work with Ms. Griffin-Burk in 2010 while she was a member of the Gilbert Public School Board. I can say with confidence that she is an intelligent and principled individual who is good at research, resourceful, and demands integrity of herself and others. Based on my observation of her abilities, I strongly believe she has the potential to be an outstanding student at your university and expect her to continue to excel in her future endeavors.

In short, Ms. Griffin-Burk is a highly motivated individual with an intellect and a background that have prepared her well for the challenges of pursuing a law degree in your institution. I see no reason that she will be anything other than an excellent addition to your school, and I therefore recommend her without reservation.

Sincerely,

Kelly Townsend
Arizona State Representative
Legislative District 16