# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.

**Plaintiff(s):** Staci Burk

County of Residence: ~~Maricopa~~ Protected address

County Where Claim For Relief Arose: Pinal AND MARICOPA

Plaintiff's Atty(s):

**Defendant(s):** Kelly Townsend, Arizona Senator

County of Residence: Pinal

Defendant's Atty(s):

**IFP REQUESTED**

II. Basis of Jurisdiction:    3. Federal Question (U.S. not a party)

CV22-01967-PHX-DMF

III. Citizenship of Principal Parties (Diversity Cases Only)
    Plaintiff:- N/A
    Defendant:- N/A

IV. Origin:    1. Original Proceeding

V. Nature of Suit:    440 Other Civil Rights

VI. Cause of Action:    42 U.S.C §1983

VII. Requested in Complaint
    Class Action: No
    Dollar Demand:
    Jury Demand: No

VIII. This case is not related to another case.

**Signature:** <u>Staci Burk</u>

**Date:** <u>11/4/22</u>

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.