```
___ FILED        ___ LODGED
___ RECEIVED     ___ COPY

    FEB 1 5 2023

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

DISTRICT COURT OF ARIZONA

UNITED STATES DISTRICT COURT

THIS DOCUMENT IS **NOT** IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE LRCivP 5.4
(Rule Number/Section)

**STACI BURK,**

Plaintiff,

vs.

**SENATOR KELLY TOWNSEND,** A SINGLE WOMAN IN HER PERSONAL CAPACITY ACTING UNDER "COLOR OF LAW" AS A GOVERNMENT OFFICIAL, AND **DOES I-X.**

Defendants.

CV22-01967PHX-DMF

DECLARATION

## DECLARATION OF STACI BURK

1. I submit this declaration in support of the Motion to Extend Time for Service of the Summons and Complaint accompanying this declaration.
2. My child was hospitalized for a medical emergency since the complaint was filed, which prohibited continued efforts to locate and serve Defendant.
3. I have a personal medical issue that has prevented continued efforts, and I am still impacted by this condition, slowing such efforts.
4. I have hired a process server who reported they made an attempt of service at an address that is believed to be Defendant's address, and while the home appeared occupied with cars in the driveway, there was no answer at the door, so service has not been effectuated and efforts are still being made to confirm Defendants address.
5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 14th day of February 2023.

_____
Staci Burk

## Certificate of Service

I, Staci Burk, certify that on February 15, 2023, I mailed a copy of the foregoing Motion to Extend Time for Service of the Summons and Complaint and Declaration to defendant Kelly Townsend, via first class mail addressed to her last known work address with the understanding it is forwarded.

/s/ Staci Burk