# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Staci Burk, | No. CV-22-1967-PHX-DMF |
| Plaintiff, | |
| v. | **ORDER** |
| Kelly Townsend, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion to Extend Time for Service and Declaration filed February 15, 2023 (Docs. 10, 11). Plaintiff is requesting a 90-day extension of time to complete service in this matter.

On November 18, 2022, Plaintiff filed the Complaint in this matter and paid the filing fee (Docs. 1, 3). Plaintiff has consented to Magistrate Judge Jurisdiction pursuant to 28 U.S.C. § 636(c) (Doc. 8). Pursuant to Rule 4(m), Federal Rules of Civil Procedure:

> (m) TIME LIMIT FOR SERVICE. If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its Rule 4 FEDERAL RULES OF CIVIL PROCEDURE 6 own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1), or to service of a notice under Rule 71.1(d)(3)(A).

Upon good cause shown, the Court will grant Plaintiff's motion.

**IT IS ORDERED** granting Plaintiff's Motion to Extend Time for Service (Doc.

10).

**IT IS FURTHER ORDERED** that Plaintiff shall complete service no later than **May 18, 2023**.

Dated this 22nd day of February, 2023.

_____
Honorable Deborah M. Fine
United States Magistrate Judge