Valleywide Process Service
13416 N. 32nd St Ste 110F
Phoenix, AZ 85032
(602) 262-2555

```
____ FILED      ____ LODGED
____ RECEIVED   ____ COPY

        MAR 3 0 2023

   CLERK U S DISTRICT COURT
      DISTRICT OF ARIZONA
BY_____ DEPUTY
```

UNITED STATED DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| STACI BURK, ) | Case No.: CV22-01967-PHX-DMF |
| Plaintiff(s), ) | |
| ) | DECLARATION OF DELIVERY |
| SENATOR KELLY TOWNSEND, ) | BY PRIVATE PROCESS SERVER |
| Defendant(s). ) | |

Jack Cox upon his oath and personal knowledge states as follows:

1. I am over twenty one years of age, suffer no legal disabilities and I am licensed in Maricopa County as a private process server;
2. On March 5, 2023 at 12:30 p.m., I delivered to KELLY TOWNSEND at 5116 N. Thunderbird Dr. in Apache Junction, Arizona the Summons; Civil Coversheet; Complaint for Damages; Exhibits filed with this Honorable Court in this matter by delivery to Kelly Townsend;
3. Kelly Townsend: C, F, 40s, medium build, brown hair;
4. The fee for this service was $125.00.

I swear under penalty of perjury this 6th day of March, 2023 that the foregoing is true and correct.

_____
Jack Cox