Staci Burk
2487 S. Gilbert Road #106-609
Gilbert, Arizona 85295
stacigriffinburk@yahoo.com
(480) 343-4518
Proper



# DISTRICT COURT OF ARIZONA

# UNITED STATES DISTRICT COURT

| | |
|---|---|
| **STACI BURK,**<br><br>Plaintiff,<br><br>vs.<br><br>**SENATOR KELLY TOWNSEND**, A SINGLE WOMAN IN HER PERSONAL CAPACITY ACTING UNDER "COLOR OF LAW" AS A GOVERNMENT OFFICIAL, AND DOES I-X.<br><br>Defendant. | Case No.: **2:22-cv-01967-DMF**<br><br>**RESPONSE TO NOTICE RE SERVICE OF PROCESS** |

Plaintiff Staci Burk respectfully submits her response to Defendant's notice regarding service of process. Plaintiff hired a process server agency to serve Defendant before filing her

the agency attesting under oath their observations and the basis for such allegation. Instead of following their recommendation to seek alternative service, Plaintiff requested additional time and incurred additional costs to ensure personal service and fair notice.

When Plaintiff was told Defendant was served, the agency advised her that Defendant threatened the process server that she was going to have him arrested for coming onto her property to serve her.

In agreement with Defendant, no Court action is necessary as service has been completed and Defendant has acknowledged such.

Pursuant to 28 U.S.C. § 1746, I Staci Burk, hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on April 10, 2023.

Submitted this 10th day of April, 2023.

STACI BURK
2487 S. Gilbert Road #106-609
Gilbert, Arizona 85295
stacigriffinburk@yahoo.com
(480) 343-4518
Proper

Filed this 10th day of April 2023;

United States District Court
District of Arizona
401 W. Washington St., Suite 130, SPC 1
Phoenix, AZ  85003-2118
602-322-7200

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2023, I filed the foregoing document to the Clerk of the Court copy of the foregoing sent via U.S. mail to:

Dennis I. Wilenchik, #005350
John "Jack" D. Wilenchik, #029353
Jordan C. Wolff, #034110
admin@wb-law.com
*Attorneys for Defendant Kelly Townsend*

By: _____