**Valleywide Process Service**
13416 N. 32nd St Ste 110F
Phoenix, AZ 85032
(602) 262-2555

```
_____ FILED        _____ LODGED
_____ RECEIVED     _____ COPY

        APR 1 4 2023

   CLERK U S DISTRICT COURT
      DISTRICT OF ARIZONA
BY_____ DEPUTY
```

UNITED STATED DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| STACI BURK, | ) | Case No.: CV22-01967-PHX-DMF |
| Plaintiff(s), | ) | |
| | ) | |
| | ) | DECLARATION OF DUE DILIGENCE |
| SENATOR KELLY TOWNSEND, | ) | BY PRIVATE PROCESS SERVER |
| Defendant(s). | ) | |
| | ) | |

John Cox upon his oath and personal knowledge states as follows:

1. I am over twenty one years of age, suffer no legal disabilities and I am licensed in Maricopa County as a private process server;

2. On February 14, 2023 at 5:30 p.m., 2/15/23 at 10:06 a.m., I attempted/caused to be attempted delivery to SENATOR KELLY TOWNSEND at 5116 N. Thunderbird Dr. in Apache Junction, Arizona the Summons; Civil Coversheet; Complaint for Damages; Exhibits filed with this Honorable Court in this matter and was unable to effectuate delivery;

3. No for sale, rent, or lease sign posted, no lockbox;

4. Personal effects visible, dogs heard, clearly occupied;

5. Vehicle(s) observed: Red Dodge Ram #ASK3126 (AZ), purple Dodge Challenger #TOWNSND (AZ);

6. Server would suggest some form of alternate service such as posting and first class mailing;

7. The fee for this service was $325.00.

I swear under penalty of perjury this 16th day of February, 2023 that the foregoing is true and correct.

John Cox

To be filed