# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Staci Burk, | No. CV-22-01967-PHX-DMF |
| Plaintiff, | **ORDER** |
| v. | |
| Kelly Townsend, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion to Allow Electronic Filing by a Party Appearing Without an Attorney and Supporting Information (Doc. 31).

On November 18, 2022, Plaintiff filed a *pro se* Complaint (Doc. 1). On April 10, 2023, Plaintiff filed a Motion for CM/ECF User Name and Password (Doc. 23). The Court denied without prejudice Plaintiff's Motion for CM/ECF User Name and Password as incomplete and directed Plaintiff to the Forms for Self-Represented Litigants available on the Court's website (Doc. 28). In her Motion to Allow Electronic Filing presently before the Court, Plaintiff states that she is representing herself and is able to comply with all of the requirements for electronic filing (Doc. 31 at 1-3) Plaintiff has attached the required registration form (*Id*. at 4-5). The Court will grant Plaintiff's Motion to Allow Electronic Filing **in this case only**. Further, Plaintiff is still required to submit a clear, legible **paper** copy of every pleading or document filed, for use by the Court. *See* Local Rule of Civil Procedure 5.4.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Allow Electronic Filing by a Party Appearing Without an Attorney and Supporting Information (Doc. 31) is **granted in this case only**. Plaintiff has already submitted the required registration form. Plaintiff is required to comply with all rules outlined in the District of Arizona's Case Management/Electronic Case Filing Administrative Policies and Procedures Manual, have access to the required equipment and software, have a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case-related transmissions, be able to electronically transmit documents to the Court in .pdf format, register as a subscriber to PACER (Public Access to Electronic Records) within **five (5) days** of the date of this Order, and comply with the privacy policy of the Judicial Conference of the United States and the E-Government Act of 2002. Any misuse of the ECF system will result in immediate discontinuation of this privilege and disabling of the password assigned to Plaintiff.

Dated this 20th day of April, 2023.

_____
Honorable Deborah M. Fine
United States Magistrate Judge