Staci Burk
2487 S. Gilbert Road #106-609
Gilbert, Arizona 85295
stacigriffinburk@yahoo.com
(480) 343-4518
Proper

# DISTRICT COURT OF ARIZONA

# UNITED STATES DISTRICT COURT

|  |  |
|---|---|
| **STACI BURK,** | Case No: 2:22-cv-01967-DMF |
| Plaintiff, | |
| vs. | **MOTION TO RECONSIDER** |
| | **EXTENSION OF TIME** |
| **SENATOR KELLY TOWNSEND,** A SINGLE WOMAN IN HER PERSONAL CAPACITY ACTING UNDER "COLOR OF LAW" AS A GOVERNMENT OFFICIAL, AND DOES I-X. | (Assigned to the Honorable Deborah Fine) |
| Defendant. | |

Pursuant to Fed. R. Civil Proc. 59(e), Plaintiff Staci Burk respectfully requests the Court reconsider extending the time frame for Plaintiff to file an amended complaint based on facts unknown to Plaintiff and the Court at the time of its ruling.

Plaintiff respectfully honors the Court's position that she was aware of Defendant's opposition to her complaint in late March 2023, Once Plaintiff learned of the Motion to Dismiss, she spent the next two to three weeks preparing her response. Also, having read the Rule the Court referred to in its ruling, Plaintiff attempted to reach out to Defendant for a meet and confer (Ex. A). Defendant's Counsel was short with Plaintiff and did not wish to discuss the substance of Plaintiff's case, stating that if she had a settlement offer, he would pass that to his client. Plaintiff proposed a reasonable offer and received no response. Plaintiff filed her Motion to Amend and shortly afterward became seriously ill with stress exacerbated cardiac issues and other medical complications and was subsequently hospitalized at the end of April.

Plaintiff has been hospitalized since and remains hospitalized at this time. Doctors have stated they prefer Plaintiff avoid outside stress while hospitalized as during the course thus far of the hospital stay, they have had difficulty controlling systemic hypertension. The planned cardiac procedure has currently been delayed until mid June. Plaintiff's doctors asked Plaintiff to seek a stay on time to begin working on responding until they can stabilize her cardiac and other medical needs without added burden of further stress such as working on the amended complaint while hospitalized. Plaintiff's current anticipated discharge according to the doctors is late May or early June.

It is also burdensome and difficult to prepare the amended complaint while hospitalized due to requiring multiple other persons and assistance to print, scan, sign, upload, and file, as well as not having easy access while in the hospital to any documents needed for adequate preparation of the amended complaint.  Plaintiff also has limited internet access and ability to prepare an amended complaint due to care needs and treatments. Plaintiff's doctors have expressed willingness to certify to the Court that, in their opinion, Plaintiff is medically

unavailable to begin preparing an amended complaint until at least the second week of June and has been since the second week of April.

### Conclusion

Based on the foregoing, Plaintiff respectfully requests the Court reconsider extending the 30-day timeframe to file her amended complaint.

Pursuant to 28 U.S.C. § 1746, I Staci Burk, hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on May 12, 2023.

STACI BURK
2487 S. Gilbert Road #106-609
Gilbert, Arizona 85295
stacigriffinburk@yahoo.com
(480) 343-4518
Proper

Filed this 12th day of May 2023;

United States District Court
District of Arizona
401 W. Washington St., Suite 130, SPC 1
Phoenix, AZ  85003-2118
602-322-7200

4

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2023, I filed the foregoing document to the Clerk of the Court copy of the foregoing sent via e-filing to:

Dennis I. Wilenchik, #005350
John "Jack" D. Wilenchik, #029353
Jordan C. Wolff, #034110
admin@wb-law.com
*Attorneys for Defendant Kelly Townsend*

By: _____

# Exhibit A

Yahoo Mail – Meet and confer                                                                                    5/13/23, 4:17 PM

## Meet and confer

From:  Staci Griffin-Burk (stacigriffinburk@yahoo.com)

To:      jackw@wb-law.com

Date:  Wednesday, March 29, 2023, 09:44 AM PDT

Hi Jack,

Would you have some time this week to schedule a meet and confer on the Kelly Townsend case?

I would like to discuss the case with you at your convenience.

Thanks in advance.

Regards,

Staci Burk

## RE: Meet and confer

| | |
|---|---|
| From: | Jack Wilenchik (jackw@wb-law.com) |
| To: | stacigriffinburk@yahoo.com |
| Cc: | JordanW@wb-law.com |
| Date: | Wednesday, March 29, 2023, 12:52 PM PDT |

I'm in the office today/tomorrow and my number is 602-606-2816 direct. If you cannot reach me then please feel free to call the general line (602-606-2810) and ask for Jordan Wolff, copied.

I am not aware of any formal "meet-and-confer" obligation(s) that need to be met at this stage of the case, but I assume what you mean is that you just want to have a phone call. If you cannot reach me or Jordan then please feel free to send an email instead. Regards – Jack Wilenchik, Esq.


www.wb-law.com

Jack Wilenchik
Attorney at Law
JackW@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2816 | F 602-606-2811

----------------------------

ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material.  Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability.  If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

----------------------------

**From:** Staci Griffin-Burk <stacigriffinburk@yahoo.com>
**Sent:** Wednesday, March 29, 2023 9:44 AM
**To:** Jack Wilenchik <JackW@wb-law.com>
**Subject:** Meet and confer