1
2
3
4
5
6 **IN THE UNITED STATES DISTRICT COURT**
7 **FOR THE DISTRICT OF ARIZONA**
8

9  Staci Burk,                                    No.  CV-22-1967-PHX-DMF

10                    Plaintiff,

11  v.                                            **ORDER**

12  Kelly Townsend, et al.,

13                    Defendants.

14

15

16      This matter is before the Court on Plaintiff Staci Burk's Motion to Reconsider
17 Extension of Time (Doc. 35).  A response is not necessary to rule.

18      Given the additional information in Plaintiff's motion, the Court will grant the
19 motion.  The Court is sympathetic to Plaintiff's health situation and has no intention of
20 causing Plaintiff medical harm.  Nevertheless, it is not appropriate to give an open-ended
21 extension of time for Plaintiff to file a first amended complaint.  Based upon the
22 information in the record at this time, an extension of time to July 21, 2023, is appropriate.

23      Accordingly,

24      **IT IS ORDERED** granting Plaintiff Staci Burk's Motion to Reconsider Extension
25 of Time (Doc. 35) as set forth herein.

26      **IT IS FURTHER ORDERED** that Plaintiff has **until July 21, 2023,** to file a first
27 amended complaint in compliance with the Court's Order(s).

28 . . .

1    **IT IS FURTHER ORDERED** that if Plaintiff fails to file a first amended complaint

2    by **July 21, 2023**, the Clerk of Court must, without further notice, enter a judgment of

3    dismissal of this action without prejudice and deny any pending unrelated motions as moot.

4    Dated this 16th day of May, 2023.

5

6    _____

7    Honorable Deborah M. Fine
     United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28