Staci Burk
2487 S. Gilbert Road #106-609
Gilbert, Arizona 85295
stacigriffinburk@yahoo.com
(480) 343-4518
Proper

# DISTRICT COURT OF ARIZONA

# UNITED STATES DISTRICT COURT

| | |
|---|---|
| **STACI BURK, an individual,**<br><br>Plaintiff,<br><br>v.<br><br>**KELLY TOWNSEND, an individual in her personal capacity, RYAN HARTWIG and Jane Doe, a married individual, MICHAEL T. FLYNN and Jane Doe, a married individual, SIDNEY POWELL, a single woman, DOUG LOGAN and Jane Doe, a married individual, TOWN OF FLORENCE, a municipality, and DOES I-C inclusive**,<br><br>Defendants. | CV-22-1967-PHX-DMF<br><br><br>**MOTION FOR LEAVE**<br>**TO AMEND COMPLAINT**<br><br>*(Assigned to Honorable Deborah Fine)* |

Plaintiff Staci Burk respectfully requests the Court grant Plaintiff leave to amend her Complaint, and file with this Court the attached amended complaint. Prior to Defendant Townsend filing her Motion to Dismiss, Defendant and Plaintiff conferred and between the consultation with Defendants Counsel and Plaintiff consulted the law library following this meeting. Although Plaintiff was hospitalized for over a month during the time period and was undergoing further medical treatment and physical incapacitation that interfered with her ability to seek consultation in person at the law library to obtain assistance during that period. Plaintiff worked diligently focusing on detailed factual claims based on what Defendant did, rather than the generalized conclusory statements included in her prior complaint and added indispensable parties that worked directly with Defendant Townsend.

Due to the severe trauma, Plaintiff and her family endured as a result of Defendant's actions, which were ongoing and continuous over a two-year period, it is still challenging for Plaintiff to concisely describe her claim because Plaintiff and Defendant had regular contact over the two-year period and there were many acts that occurred. The entire experience was very traumatizing for Plaintiff and her family. In her amended complaint, Plaintiff described claims as best she could given the psychological trauma Plaintiff and her family experienced as a direct result of Defendant Townsend's actions which Defendant claimed were based on exercising her "plenary" authority as House Elections chair.

Plaintiff contends the attached proposed amended complaint more concisely consolidates Plaintiff's Federal claims and damages for Defendants and the Court. The proposed amendment

is written in larger font and has been reduced to one-third of her prior complaint and organizes Plaintiff's claims as best she can given that she is not an attorney.

Since Defendant submitted her Motion to Dismiss, Plaintiff was again hospitalized for a week and has worked as diligently as possible to comply with presenting her claims following the rules and guidelines provided by the Court. Due to her illness and hospitalization, Plaintiff has not yet served the co-Defendants but located the addresses and process servers to effect service expeditiously should the Court grant her leave to amend with the attached complaint.

WHEREFORE, for the above-stated reasons, Plaintiff respectfully requests leave of Court to file the attached amended Complaint.

Executed on August 21, 2023.

*Staci Burk*

STACI BURK
2487 S. Gilbert Road #106-609
Gilbert, Arizona 85295
stacigriffinburk@yahoo.com
(480) 343-4518
Proper

Filed this 21st day of August 2023;

United States District Court
District of Arizona
401 W. Washington St., Suite 130, SPC 1
Phoenix, AZ  85003-2118

602-322-7200

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2023, I filed the foregoing document to the Clerk of the Court copy of the foregoing sent via U.S. mail to:

Dennis I. Wilenchik, #005350
John "Jack" D. Wilenchik, #029353
Jordan C. Wolff, #034110
admin@wb-law.com
*Attorneys for Defendant Kelly Townsend*

By: *SB*  _____