Larry J. Crown (No. 013133)
Elan S. Mizrahi (No. 017388)
**TITUS BRUECKNER SPITLER & SHELTS PLC**
8355 East Hartford Drive, Suite 200
Scottsdale, Arizona 85255
Telephone:   480-483-9600
Facsimile:    480-483-3215
Emails:    lcrown@tbl-law.com
              elan@tbl-law.com

*Attorneys for Town of Florence*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF ARIZONA

| | |
|---|---|
| Staci Burk, a single woman,<br><br>    Plaintiff,<br>v.<br><br>Kelly Townsend, Ryan Hartwig, Micheal Flynn, Sidney Powell, Doug Logan, Town of Florence, et al.,<br><br>    Defendants. | Case No. 2:22-cv-01967-DMF<br><br>**STIPULATION TO DISMISS THE TOWN OF FLORENCE, ONLY, WITH PREJUDICE** |

Plaintiff Staci Burk and Defendant Town of Florence have met as part of the meet and confer process. Plaintiff has long held a positive relationship with the Town of Florence Police Department. After having met and reaffirmed that relationship with the Police Chief and given the totality of the circumstances and a desire on Plaintiff's part to maintain that relationship over pursuing the Town as a Defendant is this matter, Plaintiff and the Town of Florence hereby stipulate that this lawsuit is dismissed against the Town of Florence only, with prejudice, with each party to bear its own fees and costs.

The parties further stipulate that the Court may enter the order that is being lodged when the Stipulation is filed.

/ / /

/ / /

- 1 -

RESPECTFULLY SUBMITTED this  30th   day of October, 2023.

**TITUS BRUECKNER SPITLER & SHELTS PLC**

By: /s/ *Larry J. Crown*
     Larry J. Crown
     Elan S. Mizrahi
     *Attorneys for Defendant Town of Florence*

/s/ *Staci Burk*  (w/permission)

Staci Burk, Plaintiff *Pro Per*

### CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2023, I electronically submitted the foregoing document and any attachments to the Clerk's Office of the U.S. District Court for the District of Arizona using the CM/ECF System for filing.

/s/ *Karin A. Meister*

- 2 -