1
2
3
4
5
6            **IN THE UNITED STATES DISTRICT COURT**
7              **FOR THE DISTRICT OF ARIZONA**
8
9    Staci Burk,                              No. CV-22-01967-PHX-DMF
10                 Plaintiff,                 **ORDER**
11   v.
12   Kelly Townsend, et al.,
13                 Defendants.
14
15          This matter was assigned to Magistrate Judge Deborah M. Fine. (Doc. 3). On
16   November 7, 2023, the Magistrate Judge filed a Report and Recommendation with this
17   Court.[1] (Doc. 70). Pursuant to the Stipulation to Dismiss the Town of Florence, Only,
18   With Prejudice, (Doc. 69), filed on October 30, 2023, the Magistrate Judge has
19

---

[1]    This case is assigned to a Magistrate Judge. However, not all parties have
consented to the jurisdiction of the Magistrate Judge. Thus, the matter is before this Court
pursuant to General Order 21-25, which states in relevant part:

> When a United States Magistrate Judge to whom a civil action has been
> assigned pursuant to Local Rule 3.7(a)(1) considers dismissal to be
> appropriate but lacks the jurisdiction to do so under 28 U.S.C. § 636(c)(1)
> due to incomplete status of election by the parties to consent or not consent
> to the full authority of the Magistrate Judge,

> **IT IS ORDERED** that the Magistrate Judge will prepare a Report and
> Recommendation for the Chief United States District Judge or designee.

> **IT IS FURTHER ORDERED** designating the following District Court
> Judges to review and, if deemed suitable, to sign the order of dismissal on
> my behalf:

> Phoenix/Prescott: Senior United States District Judge Stephen M.
> McNamee

recommended that this stipulation be approved and all of Plaintiff's claims against the Town of Florence be dismissed with Prejudice, with Plaintiff and Defendant Town of Florence each to bear their own attorney fees and costs. (Doc. 70 at 3–4). To date, no objections have been filed.

## STANDARD OF REVIEW

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's factual findings and waives all objections to those findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Id.

## DISCUSSION

Having reviewed the Report and Recommendation of the Magistrate Judge, and no Objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

## CONCLUSION

Accordingly, for the reasons set forth,

**IT IS ORDERED adopting** the Report and Recommendation of the Magistrate Judge. (Doc. 70).

**IT IS ORDERED dismissing with prejudice** Plaintiff's claims against the Defendant Town of Florence, with each party to bear their own attorney fees and costs.

Dated this 21st day of November, 2023.

Honorable Stephen M. McNamee
Senior United States District Judge