IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Staci Burk, | No. CV-22-1967-PHX-DMF |
| Plaintiff, | |
| v. | **ORDER** |
| Kelly Townsend, et al., | |
| Defendants. | |

This matter is before the Court on its own review. For any joinder to a motion to dismiss (*see, e.g.*, Doc. 109), the Court's previous Order with notices regarding the motion to dismiss apply (Doc. 108). There should be one response filed to each motion to dismiss, including pertaining to the joining parties to the motion to dismiss. Further, the response to any motion to dismiss, including for joining parties to the motion to dismiss, is due per the Court's previous Orders which contained notices regarding the motions to dismiss.

Resources for *pro se* litigants are available on this Court's website (including free access to the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Rules of Practice of the U.S. District Court for the District of Arizona which are often referred to as the Local Rules of Civil Procedure and are properly abbreviated as "LRCiv") as well as the United States Courts' website:   https://www.azd.uscourts.gov/ or https://www.uscourts.gov

There are specific *pro se* litigant resources and information on this Court's website. Court staff cannot give legal advice.

Accordingly,

**IT IS HEREBY ORDERED** that for any joinder to any motion to dismiss (*see, e.g.*, Doc. 109), the Court's previous Orders with notices regarding the motion to dismiss apply.

**IT IS FURTHER ORDERED** that there should be one response filed to each motion to dismiss, including pertaining to the joining parties.

**IT IS FURTHER ORDERED** that responses to motions to dismiss, including pertaining joining parties, are due per the Court's previous Orders which contained notices regarding the motions to dismiss.

Dated this 7th day of February, 2024.

_____
Honorable Deborah M. Fine
United States Magistrate Judge