# Exhibit A

**Conference call on November 17, 2020, with Sommer Tolley, Marko Trickovic, Shelby Busch, Steve Robinson, and Staci Burk.**

| | |
|---|---|
| Burk: | Hello? |
| Trickovic: | All right, I'm gonna merge these calls, hold on. |
| Burk: | Okay. |
| Trickovic: | All right, here we go. I got everybody on the phone. Staci, can you please explain what happened again? |
| Burk: | Who are we talking to? |
| Trickovic: | We're talking to Steve Robinson. |
| Robinson: | Staci, this is Steve Robinson and Shelby Busch in D.C. |
| Burk: | Okay. So, I got a visit last night from someone who claims that he's a nephew in the Koch family and he looks at the camera pictures and he said he says he works for Department of Defense but he also showed us, um.. that he's running security for Mark Kelly which gave me like a big red... Cause he showed the detail of being you know Mark Kelly's security, you know like where they were like where they went biking, where they went, you know all of that, and their communications. And, and he, like, hired security. Um, and he said uh, what else, so Sommer was here with me. She came over so we could study for law school. And, um hello? |
| Robinson: | Was she there when it happened? |
| Burk: | Yeah. |
| Tolley: | Yes. |
| Burk: | And he said that his family, the Koch family, and what other? |
| Tolley: | He was talking about five families that run the world and how there is ballot harvesting going on. The DoD is helping to harvest the ballots, and that there was nothing we could do... |
| Burk: | ...to stop it. |
| Tolley: | And Biden will be our next president. |
| Burk: | And that he was running security for that plane... And that he was part of, that, that, was his plane, like he was running security for that plane, and that they did have ballots, and that they did offload them in Phoenix, and why do I think that they need the whistleblower's evidence of mine? Why do I think that his family would actually, or the DoD, he didn't say his family. He was switching back and forth between my, you know, these people, my family, blah, blah, blah, to, why do you think we would have had to infuse it into the mail if, like in Phoenix, we were able just to deliver it directly? So why do you think we would need to do, to have it pass by Seattle |

|        |        |
|--------|--------|
| | through the whistleblower or anywhere else, if we could just deliver, if we had capabilities of just delivering it directly, the ballots directly. |
| Burk: | And because you needed to infuse them fast. |
| Tolley: | Or what did I say, why he did it? What did I say to him? Something to the effect that because it could get there faster. Or less detected through the mail or something and he said... |
| Busch: | Okay. |
| Burk: | And then he said.. |
| Busch: | Yeah go ahead. No go ahead. |
| Burk: | He but he said why would we need to.. we don't need the whistleblower. And I said so why are these guys... so then I, I, said to him, oh i showed him the video camera... now the reason, we.. At first he was saying he was DoD. and he was he was here to help sweep my house and he could help me protect myself. But I started seeing a whole bunch of holes in his story real fast, and so... |
| Tolley: | She questioned his holes in his story, and he was telling her that, though she's in protective services, well, not protective services, but whatever it's called, and she said, and he said... |
| Burk: | Address confidentiality she's because I'm on the address confidentiality program. |
| Tolley: | And he said, well, your stuff has been breached twice this month, and FYI, I can find your address on the web real easy. And then she said, no, you can't. And this morning, I just got a phone call where he messengered me, like video, well, he called me first, then he messengered me and showed me what was on his work computer on how he was able to find her address. And I mean to tell you guys, it came up several times after he typed in her address and her name. |
| Burk: | But he didn't have my right name. Because my real name is, is not just Staci. and so when we so I showed Sommer, I said he's lying that's how he faked you out in the beginning. Because when he met Sommer and he got her trust in order for her to say you know come on come on over to me tonight or yesterday, uh he said he played off like he was all this stuff on the internet and then so he has some way of... |
| Tolley: | I was able to search him when he was right in my house and this was this past summer, who he was his face came up with all the Koch brothers, um everything. Now you can't find any of that. |
| Burk: | And now it's scrubbed and so he's able to manipulate things on the internet when he wants to. |
| Robinson: | Did you screen shot that when you did? |
| Tolley: | No. Because I didn't I didn't have any reason not to because as he was talking to me I was just kind of, you know when people are talking to you, think they're bullshitting you, so you double |

| | |
|---|---|
| | you know, you double check them. Well, I was double checking him as he did it, and I had no reason to believe that he was lying at that point or to even screenshot it for later. |
| Busch: | How about footage of this man? Did your cameras pick up? |
| Burk: | No, that was the craziest thing. When he left, I went to look on the cameras and my video had been erased of him outside. |
| Tolley: | No shit? What about in the backyard? |
| Burk: | I meant to tell you that last night. Yeah. Gone. I meant to tell you that like last night when I went. |
| Tolley: | Because he walked around the inside of the building. |
| Burk: | I know. All those videos were gone. The only one I got is of his car in the driveway and all the videos would show his face ever being here are gone. They're off the thing. |
| Tolley: | No shit. Yep. |
| Robinson: | Okay, what about, what about your neighbors? Do any of your neighbors... |
| Burk: | But my neighbor with the ring camera. Oh my gosh and he was saying there's no way your neighbor will be able to get my license plate because I use that spray. Um that that photo radar spray so there's no way she'll be her cameras will be able to pick up my license. But he, they hacked into her camera, they hacked into her cameras the next day like a week and a half ago there's a police report that they hacked into her cameras too. I bet you they deleted it. We need to call that neighbor. Oh, so the other thing is we because when he first walked in the door I was trusting him cause Sommer said this guy works for the DoD is a contractor for the DoD. That's what he had said originally then throughout our meeting he's telling me he works directly for the DoD and.. |
| Robinson: | When he first knocked on the door, he presented himself as a government employee working for the DoD and wanted to come inside to speak to you guys, right? |
| Tolley: | Correct. But hold up, we allowed him to come over. |
| Burk: | So, Sommer... So, Sommer... So, Sommer, he had told Sommer that he was a contract employee for the DoD a while back. And so she said to him.. |
| Robinson: | How long back? |
| Tolley: | Um, I would say he started talking about that in the summer, like late summer. |
| Burk: | But he told Tory Smock that he worked for the FBI. |
| Tolley: | We just figured all this out. |

4

| | |
|---|---|
| Burk: | And he told.. |
| Busch: | Ok, this is what we need, you have this complete name, you have this contact information, right? Okay, can you two take ten minutes right now to go independently, write your exact account as concise as possible, include his name, description, contact information approximately date and time of when all of this happened, get it written up, I don't care if it's handwritten. It doesn't have to be typed. Sign it and get it over to us ASAP. We have a meeting in an hour and a half, and Staci, do you need those hired hands on the ground now? |
| Burk: | Yeah, that's what I was trying to do on my own and I ended up getting this guy at my door. |
| Robinson: | Okay. |
| Burk: | And so okay, but there's something there's something. There's something... |
| Trickovic: | Did you guys catch that? He said that he was security for that plane that brought in the ballots. |
| Burk: | Oh, yeah, he said he was security for that plane that brought in the ballots and that that plane is not back East. It's, it's owned by the United Arab Emirates. I don't know. I think this guy I'm not sure that he's completely honest, but he said it was owned by the United Arab Emirates. And it's at the National Guard facility in Phoenix right now, off the radar. |
| Robinson: | Yeah. That would be easily determined but there's no room to house a bombardier jet there. |
| Burk: | It's not a jet, oh it's a bomb, oh, oh, oh, I see it's your the, the plane is a bombardier jet. Yes you're right yeah. |
| Robinson: | Yeah. |
| Burk: | He said that it's over, oh that's wha he, so. He, he wanted me.. He said you can go over there like tomorrow or like whenever. You can go over there right? So first he says, I could take you over there right now to see that plane he knew that that would get my curiosity right. Because he's saying that he's running security for it and he can prove it's not where it's set you know blah, blah, blah. And then I said, he said you can see it from the I-10 if you go over there. And then he said you know the people who are involved can just easily he made all sorts of threats like you'll die, like they'll die in an accident, it'll look like it... |
| Tolley: | Daniel. Daniel. He made a threat towards Daniel. He made a threat towards Daniel. No directly. |
| Burk: | What did he say? |
| Trickovic: | What? |
| Burk: | Yeah. |
| Robinson: | Okay hold on guys real quick you guys can continue with that but we literally have an hour and a half. We need to get these uh statements written out and sent to us.. |

| | |
|---|---|
| Burk: | Okay, but the other, this is the important thing I need you guys to figure out who this is. So when we walked in, I showed him the security camera footage because I thought we could trust him when he first walked in and he took two seconds, looked at the camera of the guys at my door and he said that was Jimmy, let me say he identified him. He said that guy that hacked into my phone was Jimmy Kung, K -U -N -G. We looked him up online, sure enough, that's him. That was him at my house on the cameras. So he knew, looking at the picture for two seconds, so he organized that guy showing up. |
| Busch: | Okay, we're going to start doing some homework on Kung. |
| Burk: | Jimmy Kung, I did a check he lives in Gilbert at, hold on. |
| Tolley: | She needs to call right now. |
| Busch: | The sooner you ladies can both get me corroborating statements of what happened in as much detail... |
| Burk: | He says that, but here's the thing, can we find out if this guy works for the D.O.D. at all if he's who he says he is, because he also said... |
| Robinson: | We can find out all of that but we need those written statements. |
| Burk: | He also said he's going to try to discredit, they're going to try to discredit any witnesses who are helping Trump, you know, they'll make them look crazy, they'll go in their backgrounds. And he said, and make sure you look up at the, like the message for was five and five, which is pilot code for message transmitted loud and clear… But I… I don't know that we can believe anything he says. So we're going to write a statement? We're going to write affidavits that this is what he said? |
| Trickovic: | Right now. |
| Burk: | What he said. Not that we're saying anything he said is true. I don't know if I'd believe anything this guy says. |
| Robinson: | Yeah, it doesn't matter. There's going to be lies mixed in with truth. Yeah, we can figure out what's what. Just get everything you can to us ASAP. |
| Burk: | And he said that there's nothing that Trump can do to stop this election. Like he's going to lose and there's nothing he could do. And I said, you're underestimating one power. And he's like, what's that? And I said, God. And he's like, and he's like, he's like, I don't believe in God. And he's like I don't believe in God and Sommer was like ooooh. |
| Busch: | The quicker we can get your statement, the quicker we can get it over to our cyber team upstairs, and they can start figuring out who this guy is, and the sooner we can get it to our security team so that they can get you protection on the ground. |
| Burk: | Oh, and he said he said what he does for DoD. is |

6

Trickovic: They need the affidavit, Staci. I need those affidavits. They need em. ASAP. So, I'll end you a proton. Send her the proton email.

Busch: Okay.

Robinson: It's ssintel@proton...

Burk: Well, maybe I, you know what, should I just message.. Is it, are you meeting with Sidney [Powell]?

Busch: Yes. Yes.

Bush: I mean, should I just message Sidney directly?

Robinson: She's gonna tell you the same thing we're telling you right now, write it all down into a statement.

Burk: No, I know, but should I just message her directly?

Robinson: If you want, that's fine, but you have to write out a complete statement for both of you.

Burk: Yeah, we're gonna do that, right oh by the way just between you and I, I wasn't sure if I could trust Sommer totally 100% but I have an audio recording with the entire thing. You think I'm that stupid?

Tolley: What did I tell you?

Burk: I know Arizona is a one-party state and my audio recording is completely legal.

Busch: So our meeting, our meeting is with Sidney Powell and Rudy Guiliani. They are running lead on this all over the Country. The sooner we can get your affidavit, the sooner we can get you ground support.

Burk: And he said, he also went on that there's going to be an arrest of Victoria Tsoing in Mission Vallejo, California because they have dirt on her.

Robinson: Okay we need your written statement.

Burk: Okay. Well you don't need our written, I don't want the written statement to contradict the recording. So I'm just going to send you the recording. Because I don't want to risk, I don't want to risk that we got any facts wrong with being stressed out. Wait, I'm going to, you know what, I'm going to transcribe the recording with voice software so you have a written transcript of the recording. Okay.

Busch: I need both you and Sommer to just sign it that...

Burk: That, that's the original recording, that we were both participants in that conversation. That Sommer and I are in the conversation.

Busch: Yeah, we definitely need to get it.

Burk: I can send a copy. But do me a favor get somebody on that Kung that showed up to my house we need to know who he was.

Busch: I promise you, I promise you, we will be able to do everything I promise you.

Burk: You guys got to be super careful, because this guy does know my address, so if they're going to arrest him for impersonating a Federal officer or anything like that, he knows where I live.

Busch: Look, it's our number one priority. The first move is on contacting our guy, Phil [Waldron]. Phil, the guy you talked to on the phone, okay? And we're going, we are going to get security moving your direction.

Burk: Oh you mean John [Shattuck]? The John guy?

Busch: Not John, but first guy I introduced you to who said that if you needed tires on the ground, he can arrange it.

Burk: Oh, oh. Okay. Okay, all right, thanks. Okay, bye.

Note: In the above transcript it was mentioned the video of Koch's visit while claiming to be a government agent overseeing security for a counterfeit ballot operation was not captured. The footage was located later in the archive and is included below. Also below are screen shots of Scott Koch's social media before he completely scrubbed his profile. On November 4, 2020, Koch shared to his private page a video posted by Marko Trickovic from the Stop the Steal rally which Scott Koch, Marko Trickovic, Shelby Busch, Sommer Tolley, Liz Harris, Josh Barnett, Congressman Gosar, Kelly Townsend and others were present.



